ORIGINAL

FILED
07 OCT 31 AM 9:01
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Lawrence H. Meuers
(SBN: 197663)
Steven E. Nurenberg
*FL Bar No. 0808431*
Steven M. De Falco
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
snurenberg@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| FORTUNE GROWERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; and SABAH YOUKHANNA, an individual,<br><br>**Defendants.** | Case No.: 07 cv 2088 JAH CAB<br><br>RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Fortune Growers, LLC (a private, non-governmental party), by and through its undersigned counsel, certifies that there are no corporate parents, affiliates

| | |
|---|---|
| 1 | and/or subsidiaries of Plaintiff which are publicly held. |
| 2 | A supplemental disclosure statement will be filed upon any change in the |
| 3 | |
| 4 | information provided herein. |
| 5 | Respectfully submitted this 26th day of October, 2007. |

MEUERS LAW FIRM, P.L.

By: *Lawrence H. Meuers*
Lawrence H. Meuers
(SBN: 197663)
Steven E. Nurenberg
*FL Bar No. 0808431*
Steven M. De Falco
*FL Bar No. 0733571*
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
snurenberg@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff