Lawrence H. Meuers
(SBN: 197663)
Steven E. Nurenberg
*FL Bar No. 0808431*
Steven M. De Falco
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
snurenberg@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

FILED
07 OCT 31 AM 9:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

07 CV 2088 JAH CAB

| | |
|---|---|
| FORTUNE GROWERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; and SABAH YOUKHANNA, an individual,<br><br>Defendants. | Case No.: _____<br><br><br>**PLAINTIFF'S EX-PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

    Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure, Plaintiff, Fortune Growers, LLC ("Fortune Growers"), applies to this Court for entry of a Temporary Restraining Order without Notice ("TRO") against Defendant,

Plaintiff's Ex-Parte Motion for Temporary Restraining Order                                   Page 1 of 3

Southern Citrus, Inc. ("Southern Citrus"). In support of its Application, Fortune Growers states as follows:

1. Fortune Growers bases its request upon the Memorandum of Points and Authorities in Support of the instant Motion, the Certification of Counsel as to Why Notice Should Not Be Required Pursuant to Federal Rule 65(b), and the Affidavit of Luis Solarte filed contemporaneously with this pleading.

2. The proposed TRO attached to Fortune Growers' moving papers seeks to enjoin Southern Citrus, its agents, employees, successors, banking institutions, attorneys, and all other persons in active concert or participation with them, including Defendants, Hana Gibo and Sabah Youkhanna, from using, consuming or otherwise dissipating trust assets under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§499a-t *et seq.* ("PACA"), or making payment of any PACA trust asset to any creditor, person, or entity until further order of this Court or upon agreement of Fortune Growers.

3. Absent the relief requested in this Application, Fortune Growers will suffer immediate and irreparable injury, loss, and damage because Defendants will continue dissipating Plaintiff's interest in the statutory trust until Judgment can be granted on the merits.

4. Because Defendants already possess $115,266.40 of PACA trust

assets, which are Fortune Growers' properties, Fortune Growers submits that this serve as the security for the injunctive relief required by Rule 65(c) of the Federal Rules of Civil Procedure.

5. No prior application for such relief has been made in this matter.

WHEREFORE, Fortune Growers requests that the Court enter the Ex-Parte Temporary Restraining Order filed contemporaneously herewith enforcing the statutory trust pursuant to Section 5(c) of PACA, 7 U.S.C. §499e(c)(4), along with such other and further relief as this Court deems just in these premises.

Respectfully submitted this 26th day of October, 2007.

MEUERS LAW FIRM, P.L.

By: *Lawrence H. Meuers*
Lawrence H. Meuers
(SBN: 197663)
Steven E. Nurenberg
*FL Bar No. 0808431*
Steven M. De Falco
*FL Bar No. 0733571*
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
snurenberg@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff