FILED

07 OCT 31 AM 9:01

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ORIGINAL

BY: _____ DEPUTY

1  Lawrence H. Meuers
2  (SBN: 197663)
   Steven E. Nurenberg
3  *FL Bar No. 0808431*
4  Steven M. De Falco
   *FL Bar No. 0733571*
5  MEUERS LAW FIRM, P.L.
6  5395 Park Central Court
   Naples, Florida 34109
7  Telephone: (239) 513-9191
8  Facsimile: (239) 513-9677
   lmeuers@meuerslawfirm.com
9  snurenberg@meuerslawfirm.com
10 sdefalco@meuerslawfirm.com

11 Attorneys for Plaintiff

12

13            UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF CALIFORNIA
14              SAN DIEGO DIVISION
                              '07 CV 2088 JAH CAB
15

16 FORTUNE GROWERS, LLC, a          Case No.: _____
   Nevada limited liability company,

17
         Plaintiff,                 AFFIDAVIT OF LUIS SOLARTE IN
18                                  SUPPORT OF PLAINTIFF'S EX-
                                    PARTE MOTION FOR
19 vs.                              TEMPORARY RESTRAINING
                                    ORDER
20 SOUTHERN CITRUS, INC., a
   California corporation; HANA GIBO,
21 an individual; and SABAH
22 YOUKHANNA, an individual,

23        Defendants.

24

25 STATE OF ILLINOIS        )
                            ) ss:
26 COUNTY OF COOK           )

27        I, Luis Solarte, being duly sworn, depose and state as follows:

28

1.    I am the Managing Member of Fortune Growers, LLC ("Fortune Growers").

2.    I am responsible for handling collection matters for Fortune Growers.

3.    I have been personally involved in attempting to collect Fortune Growers' unpaid invoices from Defendant, Southern Citrus, Inc. ("Southern Citrus"), and in this capacity, I file this Affidavit in support of Plaintiff's Ex-Parte Motion for Temporary Restraining Order against Defendants, Southern Citrus, Hana Gibo, and Sabah Youkhanna.   (collectively referred to as the "Defendants").

4.    I am authorized to make this Affidavit and am competent to testify at trial regarding the statements made in this Affidavit.

5.    Fortune Growers  seeks a Temporary Restraining Order ("TRO") in this matter to preserve its beneficial interest in the statutory trust created under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §§499a-499t ("PACA").   The PACA trust assets are now in the Defendants' possession and control.

### ACCOUNT HISTORY

6.    Fortune Growers is a PACA licensee (PACA License No. 20051225).

7.    Fortune   Growers   sold   perishable   agricultural   commodities

("Produce") to Southern Citrus as described in the chart included with attached Composite Exhibit "A."  As reflected on the chart, Southern Citrus received and accepted the Produce and no adjustments have been made on the invoice amount except as listed.  This chart uses the following terms, which shall have the following described meaning:

A.    **Invoice Number** refers to the number under which the commodity was sold to Southern Citrus.

B.    **Transaction Date** refers to the date the payment term between Fortune Growers and Southern Citrus begins.

C.    **Invoice Date** refers to the date the Invoice was sent to Southern Citrus.

D.    **Payment Due Date** refers to when payment was due by Southern Citrus.

E.    **Invoice Amount** refers to the total amount owed and remaining unpaid, regardless of whether the particular invoice amount qualifies for trust protection.

F.    **Number of Days Overdue** refers to the amount of days an invoice is past due.

G.    **Trust Amount** refers to the amount owed and remaining unpaid which is entitled to trust protection due to Fortune Growers ' compliance with the applicable PACA regulations.

8.    Included in Composite Exhibit "A" are true and accurate copies of all the invoices that contained the statutory trust language.

9.    Each invoice was properly addressed and mailed to Southern Citrus via U.S. Mail, postage pre-paid, in the ordinary course of business as

indicated on each invoice included with Exhibit "A." Additionally, each invoice was faxed to Southern Citrus.

10.    The Produce Fortune Growers sold to Southern Citrus consisted of various fresh Produce, all of which were shipped in interstate commerce and, accordingly, subject to the provisions of the PACA.

11.    Southern Citrus has not paid the invoices and, upon information and belief, Southern Citrus does not have sufficient funds to fully satisfy Fortune Growers ' PACA trust claim in full, as required under the PACA.

## EVIDENCE OF TRUST DISSIPATION

12.    Because Southern Citrus was not timely paying Fortune Growers' PACA trust claims, I, on behalf of Fortune Growers, began investigating Southern Citrus's financial position. All of the information I have discovered concerning the financial status of Southern Citrus has led me to believe that Southern Citrus does not have sufficient assets to timely pay Fortune Growers.

13.    On or about July 11, 2007, I spoke with Rich Flores ("Flores"), sales person for Southern Citrus, for the purpose of establishing a business relationship between Southern Citrus and Fortune Growers. Attracted to the idea of purchasing Fortune Growers' product, Flores instructed me to speak with Hana Gibbo ("Hana"), President of Southern Citrus.

14.    That same date, I spoke with Hana, and we discussed the terms of

Fortune Growers selling product to Southern Citrus. I told Hana that for the purpose of evaluating the creditworthiness of its customers, Southern Citrus would be required to provide trade references and certain information regarding its operations, and must agree to authorize its financial institution to release any information to establish credit with Fortune Growers.

15.    On July 11, 2007, Southern Citrus completed Fortune Growers' credit application, which was signed by Hana and Sabah Youkhanna ("Sabah"). A copy of the credit application is attached as Exhibit "B".

16.    Thereafter, I spoke with Southern Citrus' bank, companies referenced in Southern Citrus' credit application, and the Blue Book, a produce industry credit reporting company and information clearinghouse. From my conversations with these entities, I discovered that Southern Citrus had sufficient funds in its bank account, issued timely payments to its vendors, and had no complaints filed with the Blue Book. Based upon this information, Fortune Growers agreed to sell its product to Southern Citrus.

17.    Through Flores, Southern Citrus purchased its first shipment from Fortune Growers in July, 2007, and thereafter, continued to make weekly purchases. Southern Citrus timely paid the invoices for these shipments.

18.    In the middle of September, 2007, Southern Citrus suddenly purchased product from Fortune Growers on a daily basis. Also at that time, I

began noticing that Southern Citrus was having problems with payment on several invoices, and as a result, the outstanding balance continued to rise.

19.     On October 3rd, Flores attempted to order avocados from Fortune Growers.  The value of these avocados totaled approximately $40,000.00.  I informed Flores that Fortune Growers would not sell the avocados or any product to Southern Citrus until the outstanding balance was drastically reduced.  Flores admitted to the amount owing from Southern Citrus to Fortune Growers and promised that a payment of $36,000.00 was forthcoming.  Fortune Growers never received this payment.

20.     I spoke with Flores on October 5th and October 7th about the promised payment.  He explained that Hana was sick and was unable to issue a check.  He, however, assured me that a check was in the mail.  Again, payment was not received.

21.     I attempted to contact Hana in an effort to discuss payment of past due invoices owed to Fortune Growers. I left several messages on Hana's cell phone and with her secretary, all without a response.

22.     On October 22nd, I spoke with Earl Elliot, specialist for the PACA division of the USDA, informing him of Fortune Growers' claim against Southern Citrus.  He told me that three creditors filed reparation actions against Southern Citrus with the USDA, that he was unable to contact Southern Citrus

to obtain information about the company's financial condition, and that the company's PACA license was terminated.

23.     On October 23rd and 24th, I tried to contact Hana or Flores at the telephone number listed for Southern Citrus in the Blue Book. No one answered my telephone calls.

24.     To date, Fortune Growers has received none of the promised payments from Southern Citrus. The lack of truthfulness regarding payment, coupled with the inability to contact Hana, and Flores's admission that Southern Citrus owes Fortune Growers the outstanding balance of $115,266.40 has led me to conclude that Southern Citrus has failed to maintain sufficient trust assets to satisfy its obligations to Fortune Growers, and is dissipating PACA trust assets.

25.     Based upon my personal experience, it appears that Southern Citrus has and is continuing to dissipate the PACA trust to the point that Southern Citrus is unable to satisfy not only the amounts owed to Fortune Growers, but also the claims of other similarly situated PACA trust claimants who may be unaware of the dissipated condition of the PACA trust. Thus, unless Fortune Growers is forced to satisfy its non-Produce debt and other operating expenses out of its profit margin rather than dipping into the PACA trust assets, Southern Citrus will continue to aggravate the situation through further dissipation of the PACA trust.

26.    Based upon my experience in the collection of Produce related receivables, I have found that when a situation has deteriorated to this extent, it inevitably leads to the liquidation of the entity charged with maintaining the PACA trust. My experience has also proven such dissipation will undoubtedly continue until any hope of recovery is lost, thereby rendering the trust protection under the PACA a meaningless formality.

**I declare, under penalty of perjury as set forth in 28 U.S.C. §1746, the foregoing statements to be true and correct.**

10-25-07                                    Luis Solarte
                                            Managing Member of Fortune
                                            Growers, LLC

STATE OF ILLINOIS )
) ss:
COUNTY OF COOK )

SWORN TO AND SUBSCRIBED before me this _25th_ day of October, 2007 by Luis Solarte, Managing Member and authorized representative of Fortune Growers, LLC, and who: *(notary must check applicable box)*

☐     Is personally known to me

☒     Produced a current drivers license for identification
        State __IL__     Number _S463-5336-1278_

☐     Produced _____ as identification

My Commission Expires:

_June 4, 2011_

Notary Public, State of Illinois

_Scott Sweet_

Notary Public (Print Name)

```
"OFFICIAL SEAL"
Scott Sweet
Notary Public, State of Illinois
McHenry County
My Commission Expires June 4, 2011
```

# Exhibit "A"

*FORTUNE GROWERS, LLC*

*v.*

*SOUTHERN CITRUS, INC., ET AL.*

TRUST CHART

| *Invoice Number* | *Transaction Date* | *Invoice Date* | *Payment Due Date 7 Days* | *Invoice Amount* | *No. of Days Overdue 10/26/2007* | *Accrued Interest 10%* | *Trust Amount* |
|---|---|---|---|---|---|---|---|
| 1176-01 | 9/18/2007 | 10/23/2007 | 9/25/2007 | $ 12,122.50 | 31 | $ 102.96 | $ 12,225.46 |
| 1777-01 | 9/18/2007 | 10/23/2007 | 9/25/2007 | $ 18,345.60 | 31 | $ 155.81 | $ 18,501.41 |
| 1778-01 | 9/19/2007 | 10/23/2007 | 9/26/2007 | $ 8,533.45 | 30 | $ 70.14 | $ 8,603.59 |
| 1780-01 | 9/21/2007 | 10/23/2007 | 9/28/2007 | $ 5,937.75 | 28 | $ 45.55 | $ 5,983.30 |
| 1781-01 | 9/24/2007 | 10/23/2007 | 10/1/2007 | $ 6,949.90 | 25 | $ 47.60 | $ 6,997.50 |
| 1782-01 | 9/24/2007 | 10/23/2007 | 10/1/2007 | $ 7,582.40 | 25 | $ 51.93 | $ 7,634.33 |
| 1785-01 | 9/26/2007 | 10/23/2007 | 10/3/2007 | $ 13,415.50 | 23 | $ 84.54 | $ 13,500.04 |
| 1788-01 | 10/1/2007 | 10/23/2007 | 10/8/2007 | $ 3,914.40 | 18 | $ 19.30 | $ 3,933.70 |
| 1789-01 | 10/1/2007 | 10/23/2007 | 10/8/2007 | $ 8,348.90 | 18 | $ 41.17 | $ 8,390.07 |
| 1791-01 | 10/2/2007 | 10/23/2007 | 10/9/2007 | $ 14,700.00 | 17 | $ 68.47 | $ 14,768.47 |
| 1792-01 | 10/3/2007 | 10/23/2007 | 10/10/2007 | $ 8,404.80 | 16 | $ 36.84 | $ 8,441.64 |
| 1793-01 | 10/3/2007 | 10/23/2007 | 10/10/2007 | $ 7,011.20 | 16 | $ 30.73 | $ 7,041.93 |
| *Sub-Totals* | | | | $ 115,266.40 | | $ 755.04 | $ 116,021.44 |
| *Estimated attorney fees* | | | | $ 19,000.00 | | | $ 19,000.00 |
| *TOTALS* | | | | $ 134,266.40 | | $ 755.04 | $ 135,021.44 |
| *Additional daily interest accruing from above date* | | | | | | $ 31.58 | |
| *Buyer agrees to pay all collection and attorney fees* | | | | | | | |

# INVOICE

FORTUNE GROWERS L.L.C
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

INVOICE NO.: 001776 01
INVOICE DATE: 10/23/2007

PAYMENT TERMS: NET 7 DAYS

SHIPPING DATE:  9/18/2007

SHIPPED FROM: Direct
FREIGHT TERMS: FOB

CUSTOMER ID: SCC001          PO#: 4375

SOLD TO: SOUTHERN CITRUS                    SHIP TO:
         1626 W. FRONTAGE RD
         SAN DIEGO, CA  91911

OUR ORDER NO.: 00177601      SALESMAN: Edgar K.      INSPECTION:             B/L: 00177601
BROKER:                                              ROUTING:
                                                     LICENSE NO.:

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| ICEBER LETTUC CELLO  BIG E     24 CT | 920 | 13.15 | CTN | 12098.00 |
| RYAN RECORDER | 1 | 24.50 | | 24.50 |

* * Please submit your check to:    * *

FORTUNE GROWERS L.L.C
P O BOX 957585
HOFFMAN ESTATES, IL  60195-7585

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these

PLEASE PAY

921
TOTAL QUANTITY

12122.50
TOTAL AMOUNT

# INVOICE 

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

INVOICE NO.: 001777 01
INVOICE DATE: 10/23/2007

PAYMENT TERMS: NET 7 DAYS

SHIPPING DATE: 9/18/2007

SHIPPED FROM: Direct
FREIGHT TERMS: FOB

CUSTOMER ID: SCC001      PO#: 4374

SOLD TO: SOUTHERN CITRUS
1626 W. FRONTAGE RD
SAN DIEGO, CA 91911

SHIP TO:

INSPECTION:                          B/L: 00177701
ROUTING:
LICENSE NO.:

OUR ORDER NO.: 00177701     SALESMAN: Edgar K.
BROKER:

| DESCRIPTION | | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| CROWN BROCCOLI | FORTUNE | 1344 | 13.65 | CTN | 18345.60 |

* * Please submit your check to:    * *

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

1344
TOTAL QUANTITY

PLEASE PAY

18345.60
TOTAL AMOUNT

# INVOICE

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

| | |
|---|---|
| INVOICE NO.: | 001778 01 |
| INVOICE DATE: | 10/23/2007 |
| PAYMENT TERMS: | NET 7 DAYS |
| SHIPPING DATE: | 9/19/2007 |
| SHIPPED FROM: | Direct |
| FREIGHT TERMS: | FOB |

CUSTOMER ID: SCC001        PO#: 7580

SOLD TO: SOUTHERN CITRUS
1626 W. FRONTAGE RD
SAN DIEGO, CA  91911

SHIP TO:

OUR ORDER NO.: 00177801        SALESMAN: Edgar K.

BROKER:

INSPECTION:
ROUTING:
LICENSE NO.:

B/L: 00177801

| DESCRIPTION | | | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| ICEBER LETTUC CELLO | BIG E | 24 CT | 525 | 13.65 | CTN | 7166.25 |
| CELERY | BIG E | 24 CT | 32 | 7.65 | CTN | 244.80 |
| CELERY | BIG E | 30 CT | 64 | 7.65 | | 489.60 |
| CAULIFLOWER 16CT | | | 112 | 5.65 | CTN | 632.80 |

* * Please submit your check to:     * *

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL  60195-7585

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

| | PLEASE PAY |
|---|---|
| 733 | 8533.45 |
| TOTAL QUANTITY | TOTAL AMOUNT |

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

INVOICE NO.: 001780 01
INVOICE DATE: 10/23/2007

PAYMENT TERMS: NET 7 DAYS

SHIPPING DATE: 9/21/2007

CUSTOMER ID: SCC001    PO#: 4400

SHIPPED FROM: Direct
FREIGHT TERMS: FOB

SOLD TO: SOUTHERN CITRUS
1626 W. FRONTAGE RD
SAN DIEGO, CA 91911

SHIP TO:

OUR ORDER NO.: 00178001    SALESMAN: Edgar K.
BROKER:

INSPECTION:
ROUTING:
LICENSE NO.:

B/L: 00178001

| DESCRIPTION | | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| CABBAG BOX | CALIFORNIA | 210 | 15.65 | | 3286.50 |
| ICEBER LETTUC CELLO BIG E | 24 CT | 175 | 15.15 | CTN | 2651.25 |

* * Please submit your check to:    * *

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

PLEASE PAY

385
TOTAL QUANTITY

5937.75
TOTAL AMOUNT

# INVOICE

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

INVOICE NO.: 001781 01
INVOICE DATE: 10/23/2007

PAYMENT TERMS: NET 7 DAYS

SHIPPING DATE: 9/24/2007

SHIPPED FROM: Direct
FREIGHT TERMS: FOB

CUSTOMER ID: SCC001    PO#: 4401

SOLD TO: SOUTHERN CITRUS
1626 W. FRONTAGE RD
SAN DIEGO, CA 91911

SHIP TO:

OUR ORDER NO.: 00178101    SALESMAN: Edgar K.
BROKER:

INSPECTION:
ROUTING:
LICENSE NO.:

B/L: 00178101

| DESCRIPTION | | | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| CABBAG BOX | CALIFORNIA | | 350 | 16.65 | | 5827.50 |
| CF | BIG E | 16 CT | 112 | 5.65 | CTN | 632.80 |
| CELERY | BIG E | 24 CT | 64 | 7.65 | CTN | 489.60 |

* * Please submit your check to:    * *

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

TOTAL QUANTITY: 526

PLEASE PAY
TOTAL AMOUNT: 6949.90

# INVOICE

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

INVOICE NO.: 001782 01
INVOICE DATE: 10/23/2007

PAYMENT TERMS: NET 7 DAYS

SHIPPING DATE: 9/24/2007

SHIPPED FROM: Direct
FREIGHT TERMS: FOB

CUSTOMER ID: SCC001          PO#: 4402

SOLD TO: SOUTHERN CITRUS          SHIP TO:
1626 W. FRONTAGE RD
SAN DIEGO, CA  91911

INSPECTION:          B/L: 00178201
OUR ORDER NO.: 00178201     SALESMAN: Edgar K.     ROUTING:
BROKER:          LICENSE NO.:

| DESCRIPTION | | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| CELERY 30 | MAYORS CHOIC 30 CT | 224 | 6.65 | CTN | 1489.60 |
| CROWN BROCCOLI | FORTUNE | 112 | 13.65 | CTN | 1528.80 |
| CROWN BROCCOLI | HONG FAT | 288 | 13.65 | CTN | 3931.20 |
| CAULIFLOWER 9 CT | PRINCESS | 112 | 5.65 | | 632.80 |

* * Please submit your check to:          * *

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL  60195-7585

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

PLEASE PAY
7582.40

736
TOTAL QUANTITY          TOTAL AMOUNT

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

| | |
|---|---|
| INVOICE NO.: | 001785 01 |
| INVOICE DATE: | 10/23/2007 |
| PAYMENT TERMS: | NET 7 DAYS |
| SHIPPING DATE: | 9/26/2007 |
| SHIPPED FROM: | Direct |
| FREIGHT TERMS: | FOB |

CUSTOMER ID: SCC001    PO#: 4403

SOLD TO: SOUTHERN CITRUS
1626 W. FRONTAGE RD
SAN DIEGO, CA  91911

SHIP TO:

OUR ORDER NO.: 00178501    SALESMAN: Edgar K.

BROKER:

INSPECTION:
ROUTING:
LICENSE NO.:

B/L: 00178501

| DESCRIPTION | | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| CABBAG BOX | CALIFORNIA | 350 | 17.15 | | 6002.50 |
| ICEBER LETTUC CELLO  BIG E  24 CT | | 70 | 15.15 | CTN | 1060.50 |
| CABBAG BOX | CALIFORNIA | 350 | 18.15 | | 6352.50 |

* * Please submit your check to:     * *

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL  60195-7585

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

TOTAL QUANTITY    770

TOTAL AMOUNT    13415.50

# INVOICE

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

| | |
|---|---|
| INVOICE NO.: | 001788 01 |
| INVOICE DATE: | 10/23/2007 |
| PAYMENT TERMS: | NET 7 DAYS |
| SHIPPING DATE: | 10/01/2007 |
| SHIPPED FROM: | Direct |
| FREIGHT TERMS: | FOB |

CUSTOMER ID: SCC001       PO#: 4406

SOLD TO: SOUTHERN CITRUS
1626 W. FRONTAGE RD
SAN DIEGO, CA  91911

SHIP TO:

INSPECTION:                    B/L: 00178801

OUR ORDER NO.: 00178801       SALESMAN: Edgar K.       ROUTING:

BROKER:                                                LICENSE NO.:

| DESCRIPTION | | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| CROWN BROCCOLI | HONG FAT | 224 | 14.65 | CTN | 3281.60 |
| CAULIFLOWER 9 CT | PRINCESS | 112 | 5.65 | | 632.80 |

* * Please submit your check to:     * *

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL  60195-7585

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

|  | PLEASE PAY |
|---|---|
| 336 | 3914.40 |
| TOTAL QUANTITY | TOTAL AMOUNT |

# INVOICE

FORTUNE GROWERS L.L.C
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

| | |
|---|---|
| INVOICE NO.: | 001789 01 |
| INVOICE DATE: | 10/23/2007 |
| PAYMENT TERMS: | NET 7 DAYS |
| SHIPPING DATE: | 10/01/2007 |
| SHIPPED FROM: | Direct |
| FREIGHT TERMS: | FOB |

CUSTOMER ID: SCC001      PO#: 4405

SOLD TO: SOUTHERN CITRUS
1626 W. FRONTAGE RD
SAN DIEGO, CA 91911

SHIP TO:

OUR ORDER NO.: 00178901      SALESMAN: Edgar K.
BROKER:

INSPECTION:
ROUTING:
LICENSE NO.:

B/L: 00178901

| SIZE | DESCRIPTION | | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|---|
| ICEBER LETTUC CELLO | BIG E | 24 CT | 385 | 18.15 | CTN | 6987.75 |
| CELERY | BIG E | 24 CT | 64 | 6.65 | CTN | 425.60 |
| RED | CABBAG | CALIFORNIA | 35 | 8.65 | | 302.75 |
| CF | BIG E | 16 CT | 112 | 5.65 | CTN | 632.80 |

* * Please submit your check to:     * *

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

| | |
|---|---|
| 596 | PLEASE FAX |
| TOTAL QUANTITY | 8348.90 |
| | TOTAL AMOUNT |

# INVOICE

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

| | |
|---|---|
| INVOICE NO.: | 001791 01 |
| INVOICE DATE: | 10/23/2007 |
| PAYMENT TERMS: | NET 7 DAYS |
| SHIPPING DATE: | 10/02/2007 |
| SHIPPED FROM: | Direct |
| FREIGHT TERMS: | FOB |

CUSTOMER ID: SCC001          PO#: 4407

SOLD TO: SOUTHERN CITRUS
1626 W. FRONTAGE RD
SAN DIEGO, CA 91911

SHIP TO:

OUR ORDER NO.: 001791.01          SALESMAN: Edgar K.
BROKER:

INSPECTION:
ROUTING:
LICENSE NO.:

B/L: 00179101

| DESCRIPTION | | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| CABBAG BOX | CALIFORNIA | 700 | 21.00 | | 14700.00 |

* * Please submit your check to:   * *

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

| | PLEASE PAY |
|---|---|
| The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. | |

| 700 | 14700.00 |
|---|---|
| TOTAL QUANTITY | TOTAL AMOUNT |

# INVOICE

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

| | |
|---|---|
| INVOICE NO.: | 001792 01 |
| INVOICE DATE: | 10/23/2007 |
| PAYMENT TERMS: | NET 7 DAYS |
| SHIPPING DATE: | 10/03/2007 |
| SHIPPED FROM: | Direct |
| FREIGHT TERMS: | FOB |

CUSTOMER ID: SCC001     PO#: 4406

SOLD TO: SOUTHERN CITRUS
1626 W. FRONTAGE RD
SAN DIEGO, CA 91911

SHIP TO:

OUR ORDER NO.: 00179201     SALESMAN: Edgar K.

BROKER:

INSPECTION:
ROUTING:
LICENSE NO.:

B/L: 00179201

| DESCRIPTION | | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|---|
| ICEBER LETTUC CELLO | BIG E | 24 CT | 400 | 19.15 | CTN | 7660.00 |
| CF | BIG E | 16 CT | 112 | 6.65 | CTN | 744.80 |

* * Please submit your check to:     * *

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the saleof these commodities until full payment is received.

PLEASE PAY

| | |
|---|---|
| 512 | 8404.80 |
| TOTAL QUANTITY | TOTAL AMOUNT |

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL 60195-7585

| | |
|---|---|
| INVOICE NO.: | 001793 01 |
| INVOICE DATE: | 10/23/2007 |
| PAYMENT TERMS: | NET 7 DAYS |
| SHIPPING DATE: | 10/03/2007 |
| SHIPPED FROM: | Direct |
| FREIGHT TERMS: | FOB |

CUSTOMER ID: SCC001        PO#: 4407

SOLD TO: SOUTHERN CITRUS
1626 W. FRONTAGE RD
SAN DIEGO, CA  91911

SHIP TO:

INSPECTION:
ROUTING:
LICENSE NO.:

B/L: 00179301

OUR ORDER NO.: 00179301        SALESMAN: Edgar K.
BROKER:

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| CROWN  BROCCOLI      HONG FAT | 448 | 15.65 | CTN | 7011.20 |

* * Please submit your check to:     * *

FORTUNE GROWERS LLC
P O BOX 957585
HOFFMAN ESTATES, IL  60195-7585

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

| TOTAL QUANTITY | PLEASE PAY |
|---|---|
| 448 | 7011.20 |
| | TOTAL AMOUNT |

# Exhibit "B"

**YAHOO! Mail**

Mail Home

Check Mail
Compose

**Folders**

Search
Options
Help Desk
Sign Out

Send a Greeting
Send $$ to a Friend

Yahoo! Mail for gibohana@yahoo.com    Yahoo! - My Yahoo!    Options - Sign Out - Help

Mail | Addresses | Calendar | Notepad

Attachment View -- Powered by Outside In HTML Export

**Back to Message**

### Fortune Growers LLC

P.O. Box 957585 Hoffman Estates

IL  60195-7585

(805) 481 - 1055 • (805) 202-4248 Fax

# Credit Application

Today's Date _7/11/07_

Company Name _Southern Citrus  in.e_

Billing Address _1626 - West Frontage  RD_

City _Chula Vista_          State _CA_ Zip _91911_

Telephone (_619_) _424-9000_     Fax (_619_) _424-9009_

Contact Person _Hana Gibo_

E-Mail _Gibohana@yahoo.com_  Cellular # (_619_) _654-6828_

Federal Tax # _20 - 4216706_        PACA License# _20061053_

Resellers Tax # _____    Expiration Date _____

Type of Business _Wholesale_           Start Date _2/1/06_

## Owner/Officer Information

Name _Abal Ala Sabah Youkhana_ Title _Pres. as off_

Address _1626 west frontage  Rd_

City _Chula Vista_          State _CA_ Zip _91911_

Phone (_619_) _424-9000_     Fax (_619_) _424-9009_

07/10/2007 08:34 PM

Yahoo! Mail

Company _EAGLE Fresh_____
Address _San Diego_____
City _____ State _____ Zip _____

Phone (609) 424-7148_____ Fax (___) _____

Account # _____ Contact _____

Company _Parsons Vank Produce_____
Address _L._____
City _____ LA _____ State _____ Zip _____

Phone (213) 609 996 ()_____ Fax (___) _____

Account # _____ Contact _Vank_

## **Terms of Sale**

Credit Terms are NET 7 (Seven) DAYS unless specified otherwise. Invoices not paid within the terms of invoice date will be subject to collection procedures.

Also, Fortune Growers, LLC. has the right and duty by SECTION 5(c) of the Perishable Agricultural Commodities ACT of 1930 (7 U.S.C. 499e(c)) to retain a trust claim over any commodities and any receivables or proceeds from the sale of these commodities until full payment is received, and any claim is satisfied.

I/WE UNDERSTAND AND AGREE THAT THE INFORMATION PROVIDED IS FOR THE PURPOSE OF OBTAINING CREDIT. I/WE FURTHER UNDERSTAND AND AGREE THAT ALL ACCOUNTS OR MONIES DUE TO FORTUNE GROWERS LLC SHALL BE PAID IN ACCORDANCE WITH THE CREDIT TERMS STATED ABOVE, AND AGREE TO PAY ALL REASONABLE COSTS OF COLLECTION, IN ADDITION TO ANY ATTORNEY, PACA FEES INCURRED. I/WE AUTHORIZE RELEASE OF ALL INFORMATION LISTED IN THIS AGREEMENT.

BY _____ TITLE _Officer_ DATE _7/12/07_

BY _____ TITLE _President_ DATE _7/12/07_

## **Guarantee**

I/WE THE UNDERSIGNED, DO HEREBY GUARANTEE PAYMENT, AS INDIVIDUALS, OF THE INDEBTNESS INCURRED BY VIRTUE OF ANY AND ALL CREDIT EXTENDED IN ACCORDANCE WITH THE ABOVE AGREEMENT AND ALL OF ITS TERMS AND CONDITIONS.

07/10/2007 08:34 PM

Yahoo! Mail

Social Security # _REDACTED_____

Name Hona Gibo_____ Title One

Address 2876 Glen Canyon_____

City Spring Valley_____ State CA Zip 91977

Phone (619) 445 619 6546828 Fax (619) 424 9009

Social Security # _REDACTED_____

## Financial References

Bank Name Well Forgo_____

Address _____

City Chula Vista_____ State CA Zip 91911

Phone (_____) _____ Fax (_____) _____

Account # 70634865623_____

Date Opened 5/5/06_____ Type of Account Checking

Account # _____

Date Opened _____ Type of Account _____

Contact Person _____

## Trade References

Company Wonderful Loft_____

Address Coachella and bachesfield_____

City _____ State _____ Zip _____

Phone 760-578-3432__ Fax (_____) _____

Account # _____ Contact Lupe_____

Company Gto_____

Address El Centro_____

City _____ State _____ Zip _____

Phone (760) 4557821____ Fax (_____) _____

Account # _____ Contact Jose_____

Yahoo! Mail

07/10/2007 08:34 PM

Guarantor _____ Dated 7/12/07 _____

Guarantor _____ Dated 7/12/07 _____

**Back to Message**

Privacy Policy - Terms of Service - Guidelines
Copyright © 1994-2007 Yahoo! Inc. All rights reserved.