ORIGINAL FILED

07 OCT 31 AM 9:00

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Lawrence H. Meuers
(SBN: 197663)
Steven E. Nurenberg
*FL Bar No. 0808431*
Steven M. De Falco
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
snurenberg@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

| | |
|---|---|
| FORTUNE GROWERS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; and SABAH YOUKHANNA, an individual,<br><br>Defendants. | Case No.: CV 2088 JAH CAB<br><br>PLAINTIFF'S MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION AND MOTION TO CONSOLIDATE THE TRIAL ON THE MERITS WITH HEARING ON PRELIMINARY INJUNCTION |

Plaintiff, Fortune Growers, LLC ("Fortune Growers"), by and through its undersigned counsel, requests this Honorable Court to issue a Preliminary Injunction enforcing the statutory trust pursuant to Section 5(c) of the Perishable

1  Agricultural Commodities Act, 7 U.S.C. §499e(c)(4) by segregating all trust
2  assets of Southern Citrus, Inc. ("Southern Citrus"). This Motion is supported by
3  the Affidavit of Luis Solarte, Managing Member of Fortune Growers, and the
4
5  Memorandum of Points and Authorities, each of which has been filed
6  contemporaneously with this Motion.
7      Moreover, Plaintiff requests that this Honorable Court consolidate the
8
9  hearing on the Motion for a Preliminary Injunction with a trial on the merits
10  pursuant to Rule 65(a)(2), Fed.R.Civ.P., which provides that:
11
> Before or after the commencement of the hearing of an
> application for a preliminary injunction, the court may
> order the trial of the action on the merits to be advanced
> and consolidated with the hearing of the application.

15  The District Court has discretion to determine whether consolidation of
16  the Preliminary Injunction hearing with trial on the merits is appropriate. See
17
18  Air Line Pilots Assn., Int'l v. Alaska Airlines, Inc., 898 F.2d 1393 (9th Cir., 1990).
19  Plaintiff submits that consolidation in this case is appropriate with respect to its
20  claims under PACA, and that consolidation will serve the interests of judicial
21
22  economy for the Court and the parties.
23      WHEREFORE, Plaintiff requests that this Honorable Court enter a
24  Preliminary Injunction enforcing the statutory trust pursuant to Section 5(c) of
25
26  the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)(4), by
27  segregating all trust assets of RLB, and that this Honorable Court enter an Order
28

consolidating the hearing on the Preliminary Injunction with trial on the merits pursuant to Rule 65 (a)(2), Fed.R.Civ.P.

Respectfully submitted this 26th day of October, 2007.

MEUERS LAW FIRM, P.L.

By: *Lawrence H. Meuers* (signature)
Lawrence H. Meuers, Esq.
(SBN: 197663)
Steven E. Nurenberg, Esq.
*FL Bar No. 0808431*
Steven M. De Falco
*FL Bar No. 0733571*
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
snurenberg@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff