Summons in a Civil Action (Rev 11/97)

COPY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

07 NOV -1 AM 10:52

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

FORTUNE GROWERS, LLC, a Nevada limited liability company,
   Plaintiff,

vs

SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; and SABAH YOUKHANNA, an individual,
   Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'07 CV 2088 - JAH CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lawrence H. Meuers
Steven E. Nurenberg
Steven M. De Falco
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

NOV 01 2007

W. Samuel Hamrick, Jr.
CLERK

J. PARIS

By _____, Deputy Clerk          DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)