Case 3:07-cv-02088-JAH-CAB     Document 8     Filed 11/02/2007     Page 1 of 2

Lawrence H. Meuers
(SBN: 197663)
Steven E. Nurenberg
*FL Bar No. 0808431*
Steven M. De Falco
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
snurenberg@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| **FORTUNE GROWERS, LLC, a Nevada limited liability company,** | **Case No.: 3:07-cv-2088** |
| **Plaintiff,** | **MOTION TO APPEAR TELEPHONICALLY FOR THE NOVEMBER 7, 2007 HEARING** |
| vs. | |
| **SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; and SABAH YOUKHANNA, an individual,** | |
| **Defendants.** | |

   Plaintiff, by and through its undersigned counsel and pursuant to the Local Rules of this Court, files this Motion to Appear Telephonically for the November 7, 2007 Hearing, and respectfully states as follows:

Motion to Appear Telephonically for the
November 7, 2007 Preliminary Injunction Hearing                                                    Page 1 of 2

Plaintiff's counsel is located in Naples, Florida, and to eliminate the necessity of additional fees and travel expenses related to personal appearance in San Diego, California, Plaintiff respectfully requests permission to appear telephonically for the November 7, 2007 Preliminary Injunction Hearing.

A proposed Order is included herewith.

Respectfully submitted this 2nd day of November, 2007.

**MEUERS LAW FIRM, P.L.**

By:   s/Lawrence H. Meuers
Lawrence H. Meuers
(SBN: 197663)
Steven E. Nurenberg
*FL Bar No. 0808431*
Steven M. De Falco
*FL Bar No. 0733571*
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
snurenberg@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff