Lawrence H. Meuers
(SBN: 197663)
Steven E. Nurenberg
*FL Bar No. 0808431*
Steven M. De Falco
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
snurenberg@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| **FORTUNE GROWERS, LLC, a Nevada limited liability company,** | Case No.: 3:07-cv-2088 |
| **Plaintiff,** | PROOF OF SERVICE |
| vs. | |
| **SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; and SABAH YOUKHANNA, an individual,** | |
| **Defendants.** | |

I am employed in Collier County, Florida. I am over the age of 18 years and not a party to the within action. My business address is 5395 Park Central Court, Naples, FL 34109. Pursuant to the Temporary Restraining Order, on November 1, 2007, our firm served the **Temporary Restraining Order** upon Defendants, Southern Citrus, Inc., Hana Gibo, and Sabah Youkhanna, by transmitting a true and correct copy of the

Temporary Restraining Order to:

Southern Citrus, Inc.<br>
Hana Gibo<br>
Sabah Youkhanna<br>
Facsimile: (619) 424-9009

A copy of the transmission sheet is attached as Exhibit "A".

Additionally, on November 1, 2007, I served the foregoing document(s) described as:

- **Temporary Restraining Order;**
- **Plaintiff's Ex-Parte Motion for Temporary Restraining Order;**
- **Plaintiff's Motion for Issuance of Preliminary Injunction and Motion to Consolidate the Trial on the Merits with Hearing on Preliminary Injunction;**
- **Certification of Counsel as to why Notice should not be required pursuant to Rule 65(b):**
- **Plaintiff's Memorandum of Points and Authorities in Support of Ex-Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction;**
- **Affidavit of Luis Solarte in Support of Plaintiff's Ex-Parte Motion for Temporary Restraining Order; and**
- **Rule 7.1 Disclosure Statement.**

on the following party(ies) in this action by transmitting true and correct copies of each document to:

Southern Citrus, Inc.            Hana Gibo
1626 Frontage Rd.                2876 Glen Canyon Dr.
Chula Vista, CA  91911-3936      Spring Valley, CA  91977

Sabah Youkhanna
2611 Silver Oaks Way
Spring Valley, CA  91977

☐   By electronic mail, I caused the above-referenced documents to be transmitted to the above-named persons.

☐   By facsimile, I caused the above-referenced documents to be transmitted to the above-named persons.

1  ☐   By personal service, I delivered such envelope by hand to the offices of the
2      above address noted on this Proof of Service.
3  ☐   By U.S. Mail, I caused the above-referenced documents to be delivered to the
4      above-named person(s).
5  ☑   By Federal Express, I caused the above-referenced document to be delivered to
6      the above-named person(s).
7      I am readily familiar with the business practice for collection and processing
8  correspondence for mailing with the United States Postal Service.  I know that the
9  correspondence is deposited with the United States Postal Service on the same day this
10 declaration was executed in the ordinary course of business.  I know that the envelope
11 was sealed and, with postage thereon fully prepaid, placed for collection and mailing
12 on this date, following ordinary business practice in the United States mailed at
13 Naples, Florida.
14     Executed on November 5, 2007, at Naples, Florida.
15 ☐   (State) I declare under penalty of perjury under the laws of the State of Florida
16 that the above is true and correct.
17 ☑   (Federal) I declare that I am employed in the office of a member of the bar of this
18 court at whose direction the service was made.

                                    s/ *Lorrie Castle*
                                    Lorrie Castle

# Exhibit "A"

```
                        ********************
                        ***   TX REPORT   ***
                        ********************

    TRANSMISSION OK

    TX/RX NO                    1068
    RECIPIENT ADDRESS           16194249009
    DESTINATION ID
    ST. TIME                    11/01 16:11
    TIME USE                    01'40
    PAGES SENT                  6
    RESULT                      OK
```



5395 Park Central Court
Naples, Florida 34109-5932
Telephone (239) 513-9191
Facsimile (239) 513-9677

mail@meuerslawfirm.com
www.meuerslawfirm.com

Lawrence H. Meuers *
Katy Koestner Esquivel †
Steven E. Nurenberg ‡
Steven M. De Falco †

\* Also admitted in CA, MN & NY
‡ Also admitted in MI
† Also admitted in IL

## FACSIMILE COVER SHEET

**Date:** Thursday, November 01, 2007

**To:** Southern Citrus, Inc., Hana Gibo, and Sabah Youkhanna

**Phone:** (619) 424-9000     **Fax:** (619) 424-9009

**From:** Steven M. De Falco, Esq. (sdefalco@meuerslawfirm.com)

**Phone:** (239) 513-9191     **Fax:** (239) 513-9677

**Pages:** 6     (including cover sheet)

**Subject:** *Fortune Growers, LLC v. Southern Citrus, Inc., et al.*

If you do not receive the indicated number of pages, or if there are any problems or questions, please call our office immediately at: (239) 513-9191.

**Comments:**

Enclosed please find a copy of the Temporary Restraining Order against Southern Citrus, Inc. entered by the Honorable John A. Houston on October 31, 2007.

## *GOVERN YOURSELF ACCORDINGLY!*