# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTUNE GROWERS, LLC, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; and SABAH YOUKHANNA, an individual, <br><br> Defendants. | Case No.: 07CV2088 <br><br> ORDER REGARDING MOTION TO APPEAR TELEPHONICALLY FOR THE NOVEMBER 7, 2007 PRELIMINARY INJUNCTION HEARING |

THIS CAUSE having come before the Court on Plaintiff's Motion to Appear telephonically at the November 7, 2007 Preliminary Injunction Hearing and the Court being informed and advised in the premises, it is

ORDERED AND ADJUDGED that said motion be granted. Plaintiff's counsel may appear for the Preliminary Injunction Hearing scheduled for November 7, 2007, at 10:30 a.m. via telephone. Plaintiff's counsel shall initiate the call to the Court at the following telephone number: (800) 925-9789 and access code: 7481099.

Dated at San Diego, California this 5th day of November, 2007.

_____
Honorable John A. Houston
United States District Court Judge