ORIGINAL
FILED
07 NOV -8 PM 2: 34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Steven De Falco, Bar No: 0733571          (818) 712-4218
MEUERS LAW FIRM
5395 Park Central Ct
Naples, FL 34109

Representing: Plaintiff          File No.none

United States District Court

Southern District of California

Fortune Growers, LLC

    Plaintiff/Petitioner

    vs

Southern Citrus, Inc., et al.

    Defendant/Respondent

BY FAX

Case No: 07-CV-2088-JAH

Proof of Service of:
  - see attached list - Temporary Restraining Order; Affidavit of Luis Solarte in Support of Plaintiff's Ex-Parte Motion for Temporary Restraining Order; Certification of Counsel as to Why Notice Should not be Required Pursuant to Rule 65(b); Plaintiff's Ex-Parte Motion for Temporary Restraining Order;

Service on:
  Hana Gibo, an individual

Hearing Date: November 7, 2007
Hearing Time: 10:30 am
Div/Dept:

PROOF OF SERVICE

FF# 6650951

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Steven De Falco, 0733571<br>MEUERS LAW FIRM<br>5395 Park Central Ct<br>Naples, FL 34109<br>ATTORNEY FOR (Name): Plaintiff | (818) 712-4218<br><br>Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
880 Front St. Rm. 4290
San Diego, CA 92101-8900

PLAINTIFF:

Fortune Growers, LLC

DEFENDANT:

Southern Citrus, Inc., et al.

| **PROOF OF SERVICE** | DATE:<br>November 7, 2007 | TIME:<br>10:30 am | DEPT/DIV: | CASE NUMBER:<br>07-CV-2088-JAH |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

- see attached list - Temporary Restraining Order; Affidavit of Luis Solarte in Support of Plaintiff's Ex-Parte Motion for Temporary Restraining Order; Certification of Counsel as to Why Notice Should not be Required Pursuant to Rule 65(b); Plaintiff's Ex-Parte Motion for Temporary Restraining Order; Plaintiff's Memorandum of Points and Authorities in Support of Ex-Parte Motion for Temporary Restraining Order and Motion for Preliminaty Injunction; Plaintiff's Motion for Issuance of

2. Party Served:    Hana Gibo, an individual

BY FAX

3. Person Served:    party in item 2

4. Date & Time of Delivery:    November 6, 2007    6:28 pm

5. Address, City and State:    2876 Glen Canyon Dr.
Spring Valley, CA 91977

6. Manner of Service:    Personal Service - By personally delivering copies.

Fee for Service: $ 170.00

Registered California process server.
County: SAN DIEGO
Registration No.:1313
Expiration:

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on November 7, 2007 at Los Angeles, California.

Signature: *Barbara Amundsen-Wiarda*

Barbara Amundsen-Wiarda

FF# 6650951

## Attached List

**Temporary Restraining Order;**

**Affidavit of Luis Solarte in Support of Plaintiff's Ex-Parte Motion for Temporary Restraining Order;**

**Certification of Counsel as to Why Notice Should not be Required Pursuant to Rule 65(b);**

**Plaintiff's Ex-Parte Motion for Temporary Restraining Order;**

**Plaintiff's Memorandum of Points and Authorities in Support of Ex-Parte Motion for Temporary Restraining Order and Motion for Preliminaty Injunction;**

**Plaintiff's Motion for Issuance of Preliminary Injunction and Motion to Consolidate the Trial on The Merits with Hearing on Preliminary Injunction;**

**Rule 7.1 Disclosure Statement**

*BY FAX*