Lawrence H. Meuers
(SBN: 197663)
Steven E. Nurenberg
*FL Bar No. 0808431*
Steven M. De Falco *(Pro Hac Vice)*
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
snurenberg@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| **FORTUNE GROWERS, LLC, a Nevada limited liability company,** | Case No.: 3:07-cv-2088 |
| **Plaintiff,** | **PROOF OF SERVICE** |
| **vs.** | |
| **SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; and SABAH YOUKHANNA, an individual,** | |
| **Defendants.** | |

I am employed in Collier County, Florida. I am over the age of 18 years and not a party to the within action. My business address is 5395 Park Central Court, Naples, FL 34109. On November 13, 2007, our firm served the

Preliminary Injunction Order on the following party(ies) in this action by transmitting true and correct copies of each document to:

| | |
|---|---|
| Southern Citrus, Inc. | Hana Gibo |
| 1626 Frontage Rd. | 2876 Glen Canyon Dr. |
| Chula Vista, CA  91911-3936 | Spring Valley, CA  91977 |
| Facsimile:  (619) 424-9009 | |
| | |
| Sabah Youkhanna | Tim Ballout – Registered Agent |
| 2611 Silver Oaks Way | P.O. Box 81643 |
| Spring Valley, CA  91977 | San Diego, CA  92138 |

☐ By electronic mail, I caused the above-referenced documents to be transmitted to the above-named persons.

☑ By facsimile, I caused the above-referenced documents to be transmitted to Southern Citrus, Inc.

☐ By personal service, I delivered such envelope by hand to the offices of the above address noted on this Proof of Service.

☑ By U.S. Mail, I caused the above-referenced documents to be delivered to the above-named person(s) at their last known addresses.

☐ By Federal Express, I caused the above-referenced document to be delivered to the above-named person(s).

I am readily familiar with the business practice for collection and processing correspondence for mailing with the United States Postal Service.  I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary

business practice in the United States mailed at Naples, Florida.

Executed on November 13, 2007, at Naples, Florida.

☐ (State) I declare under penalty of perjury under the laws of the State of Florida that the above is true and correct.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

s/ *Lorrie Castle*
Lorrie Castle