Summons in a Civil Action (Rev 11/97)

COPY FILED

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

07 NOV 15 AM 11: 10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

FORTUNE GROWERS, LLC, a Nevada limited liability company,

    Plaintiff,

vs.

SOUTHERN CITRUS, INC., a California corporation, HANA GIBO, an individual; SABAH YOUKHANNA, an individual; and BROADWAY FARMERS MARKET, INC., a California corporation,

    Defendants.

SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT
Case No.    3:07-cv-2088

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

    Lawrence H. Meuers
    Steven M. De Falco
    Meuers Law Firm, P.L.
    5395 Park Central Court
    Naples, FL  34109

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
P. DELA CRUZ

NOV 1 5 2007
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)