| | |
|---|---|
| 1  Steven De Falco, Bar No: 0733571 | (818) 712-4218 |
| 2  MEUERS LAW FIRM | |
|    5395 Park Central Ct | |
| 3  Naples, FL 34109 | |
| 4  Representing: Plaintiff | File No.none |

United States District Court

Southern District of California

| | |
|---|---|
| Fortune Growers, LLC | Case No: 3:07-cv-2088 |
| | Proof of Service of: |
| Plaintiff/Petitioner | Summons In A Civil Action on First Amended Complaint; First Amended Complaint |
| vs. | |
| Southern Citrus, Inc., et al. | |
| Defendant/Respondent | Service on: |
| | Southern Citrus, Inc., a California corporation |

BY FAX

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

FF# 6651926

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Steven De Falco, 0733571<br>MEUERS LAW FIRM<br>5395 Park Central Ct<br>Naples, FL 34109<br>TELEPHONE NO.: (818) 712-4218<br>ATTORNEY FOR *(Name)*: Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>880 Front St. Rm. 4290<br>San Diego, CA 92101-8900 | |

| PLAINTIFF/PETITIONER: Fortune Growers, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Southern Citrus, Inc., et al. | 3:07-cv-2088 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Action on First Amended Complaint; First Amended Complaint

3. a. Party served: Southern Citrus, Inc., a California corporation

   b. Person Served: Hana Gibo - Person authorized to accept service of process

4. Address where the party was served:   1039 Broadway
   El Cajon, CA 92021

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date):* December 2, 2007      (2) at *(time):* 3:49 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Southern Citrus, Inc., a California corporation

   under:      CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:            Javier Jorge
   b. Address:         One Legal, Inc. - 132-Marin
                       504 Redwood Blvd #223
                       Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 30.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 959
         (iii) County SAN DIEGO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 3, 2007

Javier Jorge
(NAME OF PERSON WHO SERVED PAPERS)                                                                            (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6651926

*BY FAX*