1  Lawrence H. Meuers
2  (SBN: 197663)
   Steven M. De Falco *(Pro Hac Vice)*
3  *FL Bar No. 0733571*
   MEUERS LAW FIRM, P.L.
4  5395 Park Central Court
5  Naples, Florida 34109
   Telephone: (239) 513-9191
6  Facsimile: (239) 513-9677
7  lmeuers@meuerslawfirm.com
   sdefalco@meuerslawfirm.com
8
9  Attorneys for Plaintiff

10            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF CALIFORNIA
11                 SAN DIEGO DIVISION

| 12 | **FORTUNE GROWERS, LLC, a Nevada limited liability company,** | Case No.: 3:07-cv-2088 |
|----|---|---|
| 13 | | |
| 14 | Plaintiff, | **PLAINTIFF'S MOTION FOR SERVICE OF SABAH YOUKHANNA BY PUBLICATION** |
| 15 | vs. | |
| 16 | | |
| 17 | **SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; SABAH YOUKHANNA, an individual; and BROADWAY FARMERS MARKET, INC., a California corporation,** | |
| 18 | | |
| 19 | Defendants. | |
| 20 | | |

21       Pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and Cal. Code
22  Civ. Proc. §415.50, Plaintiff, Fortune Growers, LLC ("Fortune Growers"), by and
23  through its undersigned counsel, files its Motion for Service of Sabah Youkhanna by
24  Publication. In support of its Motion, Fortune Growers submits the Affidavit of Steven
25  M. De Falco ("De Falco Affidavit"), filed contemporaneously with this Motion, and
26  states the following:
27
28

1. On November 14, 2007, Fortune Growers filed its First Amended Complaint against Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc. [Docket No. 17].

2. On December 2, 2007, Fortune Growers' Summonses and First Amended Complaint were served upon Defendants, Southern Citrus, Inc., Hana Gibo, and Broadway Farmers Market, Inc. [Docket Nos. 19, 20, and 21].

3. As detailed in De Falco Affidavit, Fortune Growers has attempted to perfect service of the Summons and Complaint numerous times upon Sabah Youkhanna, but has been unable to successfully effectuate personal or substituted service.

4. Fortune Growers requests that this Court allow service upon Sabah Youkhanna with the Summons and Complaint by publication.

## MEMORANDUM OF LAW

Rule 4(e)(1) of the Federal Rules of Civil Procedure provides that service may be effected pursuant to the law of the state in which the district court is located. Cal Code Civ Proc § 415.50(a)(1) provides that,

> (a) A summons may be served by publication if upon affidavit it appears to the satisfaction of the court in which the action is pending that the party to be served cannot with reasonable diligence be served in another manner specified in this article and that . . .
> (1) A cause of action exists against the party upon whom service is to be made or he or she is a necessary or proper party to the action.

As detailed in De Falco Affidavit, Fortune Growers has been unable to

1. successfully serve Sabah Youkhanna, despite several attempts by its process server.
2. Additionally, Sabah Youkhanna is a necessary and proper party to this action. Pursuant to numerous federal courts' decisions and the federal common law, individuals can be held personally liable for a buyer's breach of its fiduciary duty under PACA if shareholders, officers, or directors of a produce corporation (1) were in a position to control PACA trust assets <u>and</u> (2) did not preserve the corporation's PACA Trust assets for the beneficiaries. <u>Golman-Hayden Co. v. Fresh Source Produce, Inc.</u>, 217 F.3d 348, 351 (5th Cir. 2000); <u>Sunkist Growers, Inc. v. Fisher</u>, 104 F. 3d 280, 283 (9th Cir. 1997). In this case, Sabah Youkhanna was a principal and an officer of Southern Citrus, Inc., and thus, he was in a position to control the PACA trust assets of Southern Citrus, Inc. See, ¶9, De Falco Affidavit.

FOR THESE REASONS, Fortune Growers respectfully requests that that this Honorable Court allow service upon Sabah Youkhanna by publication, along with such other and further relief as this Court deems just in these premises.

//
//
//
//
//
//
//
//
//

1 | Respectfully submitted this 5th day of December, 2007.

2 | **MEUERS LAW FIRM, P.L.**

3 | By:    s/Steven M. De Falco
4 | Lawrence H. Meuers
(SBN: 197663)
5 | Steven M. De Falco *(Pro Hac Vice)*
*FL Bar No. 0733571*
6 | 5395 Park Central Court
Naples, Florida 34109
7 | Telephone: (239) 513-9191
8 | Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
9 | sdefalco@meuerslawfirm.com

10 | Attorneys for Plaintiff