**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FORTUNE GROWERS, LLC, a Nevada limited liability company,** | **Case No.: 3:07-cv-2088** |
| **Plaintiff,** | **ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE OF SABAH YOUKHANNA BY PUBLICATION** |
| **vs.** | |
| **SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; SABAH YOUKHANNA, an individual; and BROADWAY FARMERS MARKET, INC., a California corporation,** **Defendants.** | |

This Court is presented with Plaintiff's Motion for Service of Sabah Youkhanna by Publication pursuant to Rule 4(e)(1) of the Fed. R. Civ. P. and Cal. Code Civ. Proc. §415.50. Having considered the Motion and the Court having reviewed the file and being otherwise fully advised in the premises, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. That Plaintiff's Motion for Service of Sabah Youkhanna by Publication is Granted.

2. Plaintiff shall be allowed to serve the Defendant, Sabah Youkhanna, with the Summons and Complaint by publication.

Dated at San Diego, California this 5th day of December, 2007.

_____
Honorable John A. Houston
United States District Court Judge