# Affidavit of Publication

| MEUERS LAW FIRM, PL |
| ATTN; STEVEN DE FALCO |
| 5395 PARK CENTRAL COURT |
| NAPLES, FL 34109-5932 |

**Affidavit of Publication of**

Legal Classified Advertisement
Ad # 2535165
Ordered by: STEVEN DE FALCO

STATE OF CALIFORNIA} ss.
County of San Diego}

The Undersigned, declares under penalty of perjury under the laws of the State of California: That....She is a resident of the County of San Diego. THAT....She is and at all times herein mentioned was a citizen of the United States, over the age of twenty-one years, and that .........She is not a party to, nor interested in the above entitled matter; that ....She is................................ Chief Clerk for the publisher of ......................
**The San Diego Union-Tribune**
a newspaper of general circulation, printed and published daily in the City of San Diego, County of San Diego, and which newspaper is published for the dissemination of local news and intelligence of a general character, and which newspaper at all the times herein mentioned had and still has a bona fide subscription list of paying subscribers, and which newspaper has been established, printed and published at regular intervals in the said City of San Diego, County of San Diego, for a period exceeding one year next preceding the date of publication of the notice hereinafter referred to, and which newspaper is not devoted to nor published for the interests, entertainment or instruction of a particular class, profession, trade, calling, race, or denomination, or any number of same; that the notice of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following date, to-wit:
DECEMBER 15, 20, 27, 2007
JANUARY 3, 2008

*Gwendolyn Watson*
Chief Clerk for the Publisher

**SUMMONS IN A CIVIL ACTION**
**On First Amended Complaint**

Case No. 3:07-cv-02088-JAH-CAB. United States District Court, Southern District Of California. FORTUNE GROWERS, LLC, a Nevada limited liability company, Plaintiff, vs. SOUTHERN CITRUS, INC., a California corporation, HANA GIBO, an Individual; SABAH YOUKHANNA, an Individual; and BROADWAY FARMERS MARKET, INC., a California corporation, Defendants. TO: SABAH YOUKHANNA, Last known address: 2611 Silver Oaks Way, Spring Valley, CA 91977-9721. Additional address: 12190 Cuyamaca, El Cajon, CA 92019. YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY, Lawrence H. Meuers, Steven M. De Falco, Meuers Law Firm, P.L., 5395 Park Central Court, Naples, FL 34109. An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint Clerk. W. Samuel Hamrick Jr. November 15, 2007. By: P. Dela Cruz, Deputy Clerk.

TOTAL P.01