Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco *(Pro Hac Vice)*
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| **FORTUNE GROWERS, LLC, a Nevada limited liability company,** | Case No.: 3:07-cv-2088 |
| **Plaintiff,** | **MOTION FOR CLERK'S ENTRY OF DEFAULT** |
| vs. | |
| **SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; SABAH YOUKHANNA, an individual; and BROADWAY FARMERS MARKET, INC., a California corporation,** | |
| **Defendants.** | |

Plaintiff, Fortune Growers, LLC, by its undersigned counsel and pursuant to Federal Rule of Civil Procedure 55(a), files this Motion for Clerk's Entry of Default against Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc. (the "Defendants"). In support

of its Motion, Fortune Growers, LLC respectfully states:

1. On November 14, 2007, Fortune Growers filed its First Amended Complaint against Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc. [Docket No. 17].

2. On December 2, 2007, Fortune Growers' Summonses and First Amended Complaint were served upon Defendant, Hana Gibo, personally and as corporate representative of Southern Citrus, Inc. and Broadway Farmers Market, Inc. [Docket Nos. 19, 20, and 21]. Southern Citrus, Inc., Hana Gibo, and Broadway Farmers Market, Inc. have failed to file an Answer or other defenses to Fortune Growers' First Amended Complaint within twenty (20) days as required by Rule 12(a), Fed.R.Civ.P.

3. On December 5, 2007, this Court entered an Order, permitting Fortune Growers to serve Defendant, Sabah Youkhanna, with the Summons and First Amended Complaint by publication. [Docket No. 23].

4. Pursuant to Cal. Code Civ. Proc. §415.50 and Cal. Gov. Code §6064, on December 15, 20, and 27, 2007, and January 3, 2008, Fortune Growers published the Summons and First Amended Complaint in the San Diego Union Tribune. See Affidavit of Publication. [Docket No. 24]. Sabah Youkhanna has failed to file an Answer or other defenses to the Plaintiff's First Amended

Complaint within twenty (20) days of January 3, 2008, the last date of publication of the Notice, pursuant to Federal Rule of Civil Procedure 12(a).

WHEREFORE, Plaintiff, Fortune Growers, LLC, requests the Clerk of Court enter a Default against Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc., in the above-entitled action pursuant to Federal Rule of Civil Procedure 55(a).

Respectfully submitted this 24th day of January, 2008.

**MEUERS LAW FIRM, P.L.**

By: ___s/Steven M. De Falco___
Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco *(Pro Hac Vice)*
*FL Bar No. 0733571*
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff