1  Lawrence H. Meuers
2  (SBN: 197663)
   Steven M. De Falco *(Pro Hac Vice)*
3  *FL Bar No. 0733571*
4  MEUERS LAW FIRM, P.L.
   5395 Park Central Court
5  Naples, Florida 34109
6  Telephone: (239) 513-9191
   Facsimile: (239) 513-9677
7  lmeuers@meuerslawfirm.com
8  sdefalco@meuerslawfirm.com
9
   Attorneys for Plaintiff
10
                  **UNITED STATES DISTRICT COURT**
11                **SOUTHERN DISTRICT OF CALIFORNIA**
                       **SAN DIEGO DIVISION**
12

| | |
|---|---|
| **FORTUNE GROWERS, LLC, a Nevada limited liability company,** | **Case No.: 3:07-cv-2088** |
| **Plaintiff,** | **CLERK'S ENTRY OF DEFAULT** |
| **vs.** | |
| **SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; SABAH YOUKHANNA, an individual; and BROADWAY FARMERS MARKET, INC., a California corporation,** | |
| **Defendants.** | |

On November 14, 2007, Fortune Growers, LLC filed its First Amended Complaint against Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc. Pursuant to Cal. Code Civ. Proc. §§415.10 and 415.50(a)(1), copies of the Summonses and Complaint were

served upon the Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc.  Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc., have not answered the Complaint, and the time for answering the First Amended Complaint has expired.  It is

**ORDERED, ADJUDGED AND DECREED:**

Default is entered against the Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc.

Dated:  January ___, 2008.

By:_____
    Clerk of Court