1  Lawrence H. Meuers
2  (SBN: 197663)
   Steven M. De Falco *(Pro Hac Vice)*
3  *FL Bar No. 0733571*
4  MEUERS LAW FIRM, P.L.
   5395 Park Central Court
5  Naples, Florida 34109
6  Telephone: (239) 513-9191
   Facsimile: (239) 513-9677
7  lmeuers@meuerslawfirm.com
8  sdefalco@meuerslawfirm.com

9  Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION**

| | |
|---|---|
| **FORTUNE GROWERS, LLC, a Nevada limited liability company,**  **Plaintiff,**  **vs.**  **SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; SABAH YOUKHANNA, an individual; and BROADWAY FARMERS MARKET, INC., a California corporation,**  **Defendants.** | **Case No.: 3:07-cv-2088**  **PROOF OF SERVICE** |

I am employed in Collier County, Florida. I am over the age of 18 years and not a party to the within action. My business address is 5395 Park Central Court, Naples, FL 34109. On January 24, 2008, our firm served the Motion for

1  Clerk's Entry of Default and Clerk's Entry of Default upon the following

2  party(ies) in this action by transmitting true and correct copies of each

3  document to:

4

5  Southern Citrus, Inc.                    Hana Gibo
   1626 Frontage Rd.                        2876 Glen Canyon Dr.
6  Chula Vista, CA  91911-3936              Spring Valley, CA  91977
   Facsimile:  (619) 424-9009
7

8  Sabah Youkhanna                          Tim Ballout – Registered Agent
   2611 Silver Oaks Way                     P.O. Box 81643
9  Spring Valley, CA  91977                 San Diego, CA  92138

10
   Broadway Farmers Market, Inc.
11 c/o Hana Gibo – Registered Agent
   2876 Glen Canyon Dr.
12 Spring Valley, CA  91977

13

14 ☐     By electronic mail, I caused the above-referenced documents to be
15        transmitted to the above-named persons.

16 ☑     By facsimile, I caused the above-referenced documents to be transmitted
17        to Southern Citrus, Inc.

18 ☐     By personal service, I delivered such envelope by hand to the offices of
19        the above address noted on this Proof of Service.

20 ☑     By U.S. Mail, I caused the above-referenced documents to be delivered to
21        the above-named person(s) at their last known addresses.

22 ☐     By Federal Express, I caused the above-referenced document to be
23        delivered to the above-named person(s).

24       I am readily familiar with the business practice for collection and
25
   processing correspondence for mailing with the United States Postal Service.  I
26
27 know that the correspondence is deposited with the United States Postal Service

28

on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practice in the United States mailed at Naples, Florida.

Executed on January 24, 2008 in Naples, Florida.

☐ (State) I declare under penalty of perjury under the laws of the State of Florida that the above is true and correct.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

s/ *Lorrie Castle*
Lorrie Castle