# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fortune Growers, LLC.<br><br>                                        Plaintiff,<br><br>vs<br><br>Southern Citrus, Inc. et al.<br><br>                                        Defendant, | **Civil No.**     07CV2088-JAH(CAB)<br><br>**DEFAULT** |

   It appears from the records in the above entitled action that Summons issued on the Amended Complaint filed on 11/14/07 has been regularly served upon each of the Defendants hereinafter named; and it appears from the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc.

**Entered On:** 01/28/08                                         W. SAMUEL HAMRICK, JR., CLERK

                                           By:         s/J. Petersen
                                                               , Deputy