Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco *(Pro Hac Vice)*
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| **FORTUNE GROWERS, LLC, a Nevada limited liability company,** | Case No.: 3:07-cv-2088 |
| Plaintiff, | **MOTION FOR DEFAULT JUDGMENT** |
| vs. | |
| **SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; SABAH YOUKHANNA, an individual; and BROADWAY FARMERS MARKET, INC., a California corporation,** | |
| Defendants. | |

Plaintiff, Fortune Growers, LLC ("Fortune Growers"), by and through its undersigned counsel, file this Motion for Entry of Default Judgment against Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway

Farmers Market, Inc. (the "Defendants"), pursuant to Federal Rule of Civil Procedure 55(b).  In support of its Motion, Fortune Growers respectfully states:

1.    The Summonses and First Amended Complaint in this action were properly served upon Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc., pursuant to Cal. Code Civ. Proc. §415.10 and §415.50, and Cal. Gov. Code §6064.  The Affidavits of Service were electronically filed with this Court on December 4, 2007 and January 11, 2008.  [Docket Nos. 19, 20, 21, and 24].

2.    Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc., failed to file an Answer or other defenses to Fortune Growers' First Amended Complaint within twenty (20) days as required by Federal Rule of Civil Procedure 12(a).

3.    The Clerk of Court entered a Default against Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc., on January 28, 2008.  [Docket No. 26].

4.    Upon information and belief, Hana Gibo and Sabah Youkhanna are not in the Armed Forces of the United States, as defined by the Soldiers' and Sailors' Civil Relief Act of 1940.

5. In addition to the principal amount sought in the Complaint, Fortune Growers also seeks an award of attorneys' fees based upon the contract between Fortune Growers and Southern Citrus, Inc.

6. The amount of costs, pre-judgment interest, and attorneys' fees is itemized in the Declaration of Steven M. De Falco, filed contemporaneously herewith.

**FOR THESE REASONS,** Fortune Growers requests the following:

A. That its Motion for Entry of Default Judgment be granted;

B. That Judgment be entered in favor of Fortune Growers and against Defendants, Southern Citrus, Inc., Hana Gibo, Sabah Youkhanna, and Broadway Farmers Market, Inc., jointly and severally, in the amount of $115,266.40 as reflected in the Complaint;

C. That the Judgment amount include costs, as set forth in the Declaration of Steven M. De Falco filed contemporaneously herewith, plus pre-judgment interest from the date each invoice became past due, and attorneys' fees; and

D. Such other and further relief as this Court deems just in these premises.

//

//

1     Respectfully submitted this 11th day of February, 2008.

2                       **MEUERS LAW FIRM, P.L.**

3                 By:    s/Steven M. De Falco

                       Lawrence H. Meuers
                       (SBN: 197663)
                       Steven M. De Falco *(Pro Hac Vice)*
                       *FL Bar No. 0733571*
                       5395 Park Central Court
                       Naples, Florida 34109
                       Telephone: (239) 513-9191
                       Facsimile: (239) 513-9677
                       lmeuers@meuerslawfirm.com
                       sdefalco@meuerslawfirm.com

                       Attorneys for Plaintiff