# Exhibit "1"

# Transactions Listing

matter id= 'Fortune-3265' and no component= 'AE'

Component: T

| Date | Atty | Description | Type | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/22/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Telephone conversation with Luis Solarte regarding Fortune Growers' claim against Southern Citrus (0.3); Discuss legal options with Luis Solarte (0.2); Review client's documents (0.3); Start to research Defendants' location and their assets (0.3); Review Local Rules for filing instructions (0.2); Start to draft Summonses and Civil Cover Sheet (0.2). | T | 1.50 | 220.00 | 330.00 |
| 10/22/2007 | LHM | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Analyze issues regarding credit application and payment terms on invoices (0.2); Outline TRO in light of Issues (0.2) | T | 0.40 | 350.00 | 140.00 |
| 10/23/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Extended telephone conversations with Luis Solarte regarding Fortune Growers' invoices (0.5); Receipt and review of client's invoices (0.5); Prepare trust chart (1.0); Legal research of California law regarding fraudulent transfers and breach of fiduciary duties (0.5); Start to draft Civil Action Complaint, Rule 7.1 Disclosure Statement, Certification of Counsel as to why Notice is not Required, Ex-Parte Motion for Temporary Restraining Order, Memorandum of Law in Support of Motion for Temporary Restraining Order, Motion for Preliminary Injunction, and Temporary Restraining Order (3.5). | T | 6.00 | 220.00 | 1,320.00 |
| 10/23/2007 | LHM | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Analysis of PACA trust compliance and suggestions for cure (0.3); Legal research regarding curing defects (0.2); Correspond with Attorney De Falco regarding actions needed (0.3). | T | 0.80 | 350.00 | 280.00 |
| 10/24/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Telephone conversation with Luis Solarte regarding the Affidavit (0.5); Draft and edit the Affidavit (1.0); Circulate | T | 3.00 | 220.00 | 660.00 |

# Transactions Listing

matter id= 'Fortune-3265' and no component= 'AE'

MatterID/Client Sort

| Date | Prof | Matter Description / Narrative | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| | | Affidavit to Luis Solarte for his review and signature (0.2); Continue to draft and edit Civil Action Complaint, Memorandum of Law in Support of Motion for Temporary Restraining Order, Motion for Preliminary Injunction, and Temporary Restraining Order (1.3). | | | | |
| 10/24/2007 | SEN | Fortune-3265/ Fortune Growers, LLC Southern Citrus, Inc. Review and revise Corporate Disclosure (0.4); Motion for Temporary Restraining Order; TRO; Motion for Issuance of Preliminary Injunction (1.8). | T | 2.20 | 275.00 | 605.00 |
| 10/25/2007 | SMD | Fortune-3265/ Fortune Growers, LLC Southern Citrus, Inc. Finalize Temporary Restraining Order documents (0.8); Telephone conversation with Luis Solarte regarding facts supporting the Temporary Restraining Order (0.2); Revise Affidavit (0.3); Draft correspondence to Clerk of Court regarding the filing of the Temporary Restraining Order documents (0.2). | T | 1.50 | 220.00 | 330.00 |
| 10/25/2007 | SEN | Fortune-3265/ Fortune Growers, LLC Southern Citrus, Inc. Review and revise Memorandum of Law in Support of Temporary Restraining Order (0.8); Complaint (0.8); Certification of Counsel in Support of Ex-Parte Motion (0.6); Affidavit of L. Solarte (0.6). | T | 2.80 | 275.00 | 770.00 |
| 10/25/2007 | LHM | Fortune-3265/ Fortune Growers, LLC Southern Citrus, Inc. Deal with TRO strategy and documentation problems with the lack of trust protection. | T | 0.30 | 350.00 | 105.00 |
| 10/30/2007 | SMD | Fortune-3265/ Fortune Growers, LLC Southern Citrus, Inc. Review the credit application (0.3); Draft and edit bank notice letter (0.7). | T | 1.00 | 220.00 | 220.00 |
| 10/30/2007 | LHM | Fortune-3265/ Fortune Growers, LLC Southern Citrus, Inc. Review pleadings (0.1); Correspondence with Attorney De Falco regarding anticipation of entry of TRO (0.1). | T | 0.20 | 350.00 | 70.00 |
| 10/31/2007 | SMD | Fortune-3265/ Fortune Growers, LLC Southern Citrus, Inc. Telephone conversation with Judge Houston's clerk regarding the Temporary Restraining Order (0.2); Receipt and review of Temporary Restraining Order (0.3). | T | 0.50 | 220.00 | 110.00 |

# Transactions Listing

matter id= 'Fortune-3265' and no component= 'AE'

MatterID/Client Sort

| Date | Prof | Matter Description / Narrative | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 11/1/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Telephone conversation with the Clerk regarding the Temporary Restraining Order (0.2); Telephone conversation with Luis Solarte regarding case Status (0.3); Receipt and review of file-stamped Temporary Restraining Order documents (0.2); Serve bank notice letter and Temporary Restraining Order upon Wells Fargo Bank (0.2); Draft and circulate First Case Status Update (0.7); Telephone conversation with One Legal regarding service of pleadings upon Defendants (0.2); Draft and circulate correspondence to Defendants regarding notification of Temporary Restraining Order (0.2); Review Local Rules regarding Pro Hac Vice application (0.2). | T | 2.20 | 220.00 | 484.00 |
| 11/1/2007 | SEN | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Review and edit Case Status Update (0.3); Review and edit correspondence to Wells Fargo Bank (0.3). | T | 0.60 | 275.00 | 165.00 |
| 11/2/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Telephone conversation with One Legal regarding service of pleadings upon Defendants (0.2); Telephone conversation with the Clerk of Court regarding upcoming hearing (0.2); Draft, edit, and e-file Motion and Proposed Order to Appear Telephonically to Attend Preliminary Injunction Order (0.4). | T | 0.80 | 220.00 | 176.00 |
| 11/2/2007 | SEN | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Receipt and review of response from Wells Fargo regarding Accounts of Fortune Growers. | T | 0.20 | 275.00 | 55.00 |
| 11/5/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Telephone conversation with Luis Solarte regarding status of case and upcoming hearing (0.2); Draft and e-file Proof of Service with the Clerk of Court (0.2); Draft, finalize and circulate Pro Hac Vice Application to the Clerk of Court (0.2); Telephone conversation with Judge's chambers regarding the service of pleadings upon Defendants and upcoming hearing (0.2); Telephone conversation with One Legal regarding service of pleadings upon Defendants (0.2). | T | 1.00 | 220.00 | 220.00 |
| 11/7/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Review pleadings in preparation for Preliminary | T | 2.00 | 220.00 | 440.00 |

# Transactions Listing

matter id= 'Fortune-3265' and no component= 'AE'

MatterID/Client Sort

| Date | Prof | Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 11/7/2007 | SEN | Injunction hearing (0.5); Telephone conversation with One Legal regarding the service of pleadings upon Defendants (0.2); Attend Preliminary Injunction hearing Telephonically (0.5); Draft and prepare Preliminary Injunction Order (0.8).<br>Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc. | T | 1.00 | 275.00 | 275.00 |
| 11/8/2007 | SMD | Conference and preparation for Preliminary Injunction Hearing (0.3); Appearance and participation in Hearing (0.5); Review and edit proposed Order (0.2).<br>Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc. | T | 0.20 | 220.00 | 44.00 |
| 11/9/2007 | SMD | Circulate correspondence to Wells Fargo Bank regarding the Preliminary Injunction Order and the company's bank accounts (0.1); Telephone conversation with One Legal regarding service of pleadings upon Defendants (0.1).<br>Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Receipt, review, and analysis of Preliminary Injunction Order. | T | 0.30 | 220.00 | 66.00 |
| 11/9/2007 | SEN | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Receipt and review of Preliminary Injunction Order. | T | 0.40 | 275.00 | 110.00 |
| 11/9/2007 | LHM | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Review documents regarding possible other assets (0.1); Receipt and review of Preliminary Injunction Order (0.1). | T | 0.20 | 350.00 | 70.00 |
| 11/10/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Receipt and review of correspondence from Luis Solarte regarding other PACA claim against Southern Citrus (0.1); Receipt and review of correspondences and pleadings regarding other Claim (0.2). | T | 0.30 | 220.00 | 66.00 |
| 11/12/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Telephone conversation with Luis Solarte regarding case status and information regarding Defendants (0.3); Draft and edit First Amended Complaint (0.7). | T | 1.00 | 220.00 | 220.00 |
| 11/12/2007 | LHM | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Correspondence with Attorney De Falco regarding | T | 0.30 | 350.00 | 105.00 |

# Transactions Listing

matter id= 'Fortune-3265' and no component= 'AE'

MatterID/Client Sort

| Date | Prof | Matter Description / Narrative | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| | | assets and other company possibly owned by Owner (0.2); Receipt and review of documents (0.1) | | | | |
| 11/13/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Circulate the Preliminary Injunction Order to Defendants (0.2); Draft and e-file Proof of Service regarding the Preliminary Injunction Order (0.2); Telephone conversation with Clerk of Court regarding Summons to First Amended Complaint (0.1). | T | 0.50 | 220.00 | 110.00 |
| 11/14/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Finalize and file Amended Complaint (0.2); Circulate correspondences to the Clerk of Court regarding the Summonses to be issued in connection with the Amended Complaint (0.2); Circulate copy of the Preliminary Injunction Order upon the bank (0.1). | T | 0.50 | 220.00 | 110.00 |
| 11/15/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Receipt and review of executed Summonses from the Clerk of Court. | T | 0.20 | 220.00 | 44.00 |
| 11/15/2007 | SEN | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Receipt and review of Summons issued by District Court. | T | 0.20 | 275.00 | 55.00 |
| 11/19/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Prepare Summonses (0.2); Upload Summonses and Complaint with One Legal (0.3); Telephone conversation with client regarding case status (0.2); Telephone conversation with the California Department of Agricultural regarding case status and developments with Defendants (0.1). | T | 0.80 | 220.00 | 176.00 |
| 11/29/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Telephone conversation from One Legal regarding service of pleadings upon Defendants. | T | 0.20 | 220.00 | 44.00 |
| 12/3/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Receipt and review of Proofs of Service from One Legal (0.2); E-file Proofs of Service with the Clerk of Court (0.1). | T | 0.30 | 220.00 | 66.00 |

# Transactions   Listing

matter id= 'Fortune-3265' and no component= 'AE'

MatterID/Client Sort

| Date | Prof | Matter Description / Narrative | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 12/5/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Review the Federal and California Rules of Civil Procedure regarding service by publication (0.3); Case review regarding service by publication (0.2); Draft and circulate Motion for Service by Publication, Affidavit in Support of Motion, and Proposed Order with the Clerk of Court (0.3). | T | 0.80 | 220.00 | 176.00 |
| 12/5/2007 | SEN | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Receipt and review of Motion for Service by Publication (0.1); Receipt and review of Proposed Order (0.1). | T | 0.20 | 275.00 | 55.00 |
| 12/6/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Computer-assisted search for newspapers in the San Diego area to publish the Complaint and Summons (0.1); Telephone conversation with the Union Tribune regarding the newspaper's rates for publishing the Complaint and Summons (0.1); Circulate the Summons and Order for Service by Publication to Gwen Watson (0.1). | T | 0.30 | 220.00 | 66.00 |
| 12/7/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Telephone conversation with the Union Tribune regarding the publishing of the Summons and Complaint with the Newspaper (0.1); Extended telephone conversation with other PACA attorney regarding a creditor's claim, intervention in our lawsuit, and possible recovery (0.2). | T | 0.30 | 220.00 | 66.00 |
| 12/11/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Telephone conversation with San Diego Union Tribune regarding costs of publishing summons (0.1); Prepare check request form (0.1); Receipt and review of correspondence from Attorney Schroeder regarding other PACA creditor's claims (0.1). | T | 0.30 | 220.00 | 66.00 |
| 12/12/2007 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Draft and circulate correspondence to Gwendolyn Watson regarding the publishing of the Summons in the newspaper (0.1); Draft and circulate correspondence to Attorney Schroeder regarding status of case and Southern Citrus' bank account (0.2). | T | 0.30 | 220.00 | 66.00 |

# Transactions Listing

matter id= 'Fortune-3265' and no component= 'AE'

MatterID/Client Sort

| Date | Prof | Matter Description / Narrative | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 1/3/2008 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Review the file (0.2); Start to draft Clerk's Entry of Default (0.8). | T | 1.00 | 220.00 | 220.00 |
| 1/11/2008 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>E-file Affidavit of Publication with the Clerk of Court. | T | 0.20 | 220.00 | 44.00 |
| 1/24/2008 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Finalize and e-file Motion for Clerk's Entry of Default and Proof of Service with the Clerk of Court. | T | 0.30 | 220.00 | 66.00 |
| 1/28/2008 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Receipt and review of Clerk's Entry of Default (0.2); Review the file (0.2); Start to draft Motion for Default Judgment and supporting documents (1.1). | T | 1.50 | 220.00 | 330.00 |
| 1/29/2008 | SMD | Fortune-3265/ Fortune Growers, LLC<br>Southern Citrus, Inc.<br>Finalize default judgment documents. | T | 0.50 | 220.00 | 110.00 |
| | | | Component: T | 39.10 | | 9,306.00 |