# Exhibit "2"

**One Legal, Inc.**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

94-3091764

RECEIVED
NOV **1 6** 2007

**REMIT PAYMENT TO:**
**One Legal, Inc.**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

MEUERS LAW FIRM
ATTN:
5395 Park Central Ct

Naples, FL  34109



| **INVOICE No.** |  |
|---|---|
| 2076093 |  |
| **Date:** | 11/8/07 |
| **Cust. No.:** | 0016257 |

| **Cust. No.:** | 0016257 |
|---|---|
| **Invoice No.:** | 2076093 |
| **Inv. Date:** | 11/8/07 |
| **Due Date:** | 11/23/07 |
| **Total:** | $ 10.00 |
| **Terms:** | Net 15 |

| **Law Firm Contact:** | Steven De Falco |
|---|---|
| **Client File No.:** | none |
| **Case Short Title:** | Fortune Growers, LLC V. Southern Citrus, Inc., et al. |
| **Documents:** | Proof of Service (Hana) |
| **One Legal Branch:** | San Diego |
| **Court:** | United States District Court |
| **Description:** |  |

**SERVICE FEE**                                                    $10.00



| **Due Date** | 11/23/07 | **Total This Invoice** | $10.00 |
|---|---|---|---|

**One Legal, Inc.**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

94-3091764

RECEIVED

NOV 1 5 2007

MEUERS LAW FIRM
ATTN:
5395 Park Central Ct

Naples, FL  34109

**REMIT PAYMENT TO:**
**One Legal, Inc.**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

| **INVOICE No.** | |
|---|---|
| 6650950 | |
| **Date:** | 11/7/07 |
| **Cust. No.:** | 0016257 |

| **Cust. No.:** | 0016257 |
|---|---|
| **Invoice No.:** | 6650950 |
| **Inv. Date:** | 11/7/07 |
| **Due Date:** | 11/22/07 |
| **Total:** | $ 95.00 |
| **Terms:** | Net 15 |

| | |
|---|---|
| **Law Firm Contact:** | Steven De Falco |
| **Client File No.:** | none |
| **Case Short Title:** | Fortune Growers, LLC V. Southern Citrus, Inc., et al. |
| **Documents:** | TRO; Affidavit oISO Plaintiff's Ex-Parte Motion for TTRO; Cert;et |
| **One Legal Branch:** | Service of Process |
| **Court:** | United States District Court |
| **Description:** | Not Served: Southern Citrus, Inc., a California corporation |
| | 1626 Frontage Rd. |
| | Chula Vista, CA 91911-3936 |

| | |
|---|---|
| **REMOTE AREA** | $20.00 |
| **ATTEMPTED SERVICE OF PROCESS** | $75.00 |



| **Due Date** | 11/22/07 | **Total This Invoice** | $95.00 |
|---|---|---|---|

**One Legal, Inc.**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

**94-3091764**

# RECEIVED
## NOV 1 5 2007

**REMIT PAYMENT TO:**
One Legal, Inc.
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



MEUERS LAW FIRM
ATTN:
5395 Park Central Ct

Naples, FL  34109

| Cust. No.: | 0016257 |
|---|---|
| Invoice No.: | 6650951 |
| Inv. Date: | 11/7/07 |
| Due Date: | 11/22/07 |
| Total: | $ 170.00 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 6650951 | |
| **Date:** | 11/7/07 |
| **Cust. No.:** | 0016257 |

| | |
|---|---|
| **Law Firm Contact:** | Steven De Falco |
| **Client File No.:** | none |
| **Case Short Title:** | Fortune Growers, LLC V. Southern Citrus, Inc., et al. |
| **Documents:** | TRO; Affidavit ISO Plaintiff's Ex-Parte Motion for TRO; Cert;et al |
| **One Legal Branch:** | Service of Process |
| **Court:** | United States District Court |
| **Description:** | Served: Hana Gibo, an individual |
| | 2876 Glen Canyon Dr. |
| | Spring Valley, CA 91977 |

| | |
|---|---|
| **TODAY SERVICE OF PROCESS** | $75.00 |
| **REMOTE AREA** | $20.00 |
| **ATTEMPTED SERVICE OF PROCESS** | $75.00 |



| **Due Date** | 11/22/07 | **Total This Invoice** | $170.00 |
|---|---|---|---|

One Legal, Inc.
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

94-3091764

**RECEIVED**

NOV 1 5 2007

REMIT PAYMENT TO:
One Legal, Inc.
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



MEUERS LAW FIRM
ATTN:
5395 Park Central Ct

Naples, FL  34109

| INVOICE No. | |
|---|---|
| 6650952 | |
| Date: | 11/8/07 |
| Cust. No.: | 0016257 |

| Cust. No.: | 0016257 |
|---|---|
| Invoice No.: | 6650952 |
| Inv. Date: | 11/8/07 |
| Due Date: | 11/23/07 |
| Total: | $ 245.00 |
| Terms: | Net 15 |

| | |
|---|---|
| Law Firm Contact: | Steven De Falco |
| Client File No.: | none |
| Case Short Title: | Fortune Growers, LLC V. Southern Citrus, Inc., et al. |
| Documents: | TRO Affidavit ISO Plaintiff's Ex-Parte Motion forTTRO Cert; et al |
| One Legal Branch: | Service of Process |
| Court: | United States District Court |
| Description: | Not Served: Sabah Youkhanna, an individual<br>3004 Calavo Dr.<br>Spring Valley, CA 91978 |

| | |
|---|---|
| **TODAY SERVICE OF PROCESS** | $75.00 |
| **REMOTE AREA** | $20.00 |
| **ATTEMPTED SERVICE OF PROCESS** | $75.00 |
| **ATTEMPTED SERVICE OF PROCESS** | $75.00 |



| Due Date | 11/23/07 | Total This Invoice | $245.00 |
|---|---|---|---|

**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA 94947**
**(800) 938-8815**

**26-0259046**

**RECEIVED**

DEC 1 0 2007

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA 94947
(800) 938-8815

MEUERS LAW FIRM
ATTN:
5395 Park Central Ct

Naples, FL 34109

| INVOICE No. | |
|---|---|
| 6651929 | |
| **Date:** | 12/3/07 |
| **Cust. No.:** | 0016257 |

| | |
|---|---|
| **Cust. No.:** | 0016257 |
| **Invoice No.:** | 6651929 |
| **Inv. Date:** | 12/3/07 |
| **Due Date:** | 12/18/07 |
| **Total:** | $ 30.00 |
| **Terms:** | Net 15 |

| | |
|---|---|
| **Law Firm Contact:** | Steven De Falco |
| **Client File No.:** | none |
| **Case Short Title:** | V. Southern Citrus, Inc., Hana Gibo, and Sabah Youkha |
| **Documents:** | Summons In A Civil Action on 1st Amended Complaint; (2) |
| **One Legal Branch:** | Service of Process |
| **Court:** | United States District Court |
| **Description:** | Served: Broadway Farmers Market, Inc., a California corp<br>1039 Broadway<br>El Cajon, CA 92021 |

| | |
|---|---|
| **ATTEMPTED SERVICE OF PROCESS** | $15.00 |
| **SERVED ADDITIONAL ENTITIES** | $15.00 |

| **Due Date** | 12/18/07 | **Total This Invoice** | $30.00 |
|---|---|---|---|



**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

**26-0259046**

RECEIVED

DEC 1 0 2007

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



| Cust. No.: | 0016257 |
|---|---|
| Invoice No.: | 6651928 |
| Inv. Date: | 12/3/07 |
| Due Date: | 12/18/07 |
| Total: | $ 108.00 |
| Terms: | Net 15 |

MEUERS LAW FIRM
ATTN:
5395 Park Central Ct

Naples, FL  34109

| INVOICE No. | |
|---|---|
| 6651928 | |
| **Date:** | 12/3/07 |
| **Cust. No.:** | 0016257 |

| | |
|---|---|
| Law Firm Contact: | Steven De Falco |
| Client File No.: | none |
| Case Short Title: | V. Southern Citrus, Inc., Hana Gibo, and Sabah Youkha |
| Documents: | Summons In A Civil Case; First Amended Complaint |
| One Legal Branch: | Service of Process |
| Court: | United States District Court |
| Description: | Not Served: Sabah Youkhanna, an individual
12190 Cuyamaca
El Cajon, CA 92019 |

| | |
|---|---|
| **REMOTE AREA** | $20.00 |
| **ATTEMPTED SERVICE OF PROCESS** | $44.00 |
| **ATTEMPTED SERVICE OF PROCESS** | $44.00 |

| **Due Date** | 12/18/07 | **Total This Invoice** | $108.00 |
|---|---|---|---|

**One Legal LLC**
**504 Redwood Blvd., Suite 223**
**Novato, CA  94947**
**(800) 938-8815**

26-0259046

**RECEIVED**

DEC 1 0 2007

**REMIT PAYMENT TO:**
**One Legal LLC**
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815



MEUERS LAW FIRM
ATTN:
5395 Park Central Ct

Naples, FL  34109

| Cust. No.: | 0016257 |
|---|---|
| Invoice No.: | 6651927 |
| Inv. Date: | 12/3/07 |
| Due Date: | 12/18/07 |
| Total: | $ 108.00 |
| Terms: | Net 15 |

| INVOICE No. | |
|---|---|
| 6651927 | |
| **Date:** | 12/3/07 |
| **Cust. No.:** | 0016257 |

| | |
|---|---|
| **Law Firm Contact:** | Steven De Falco |
| **Client File No.:** | none |
| **Case Short Title:** | V. Southern Citrus, Inc., Hana Gibo, and Sabah Youkha |
| **Documents:** | Summons In A Civil Case; First Amended Complaint |
| **One Legal Branch:** | Service of Process |
| **Court:** | United States District Court |
| **Description:** | Served: Hana Gibo, an individual |
| | 1039 Broadway |
| | El Cajon, CA 92021 |

| | |
|---|---|
| **SERVICE OF PROCESS** | $44.00 |
| **REMOTE AREA** | $20.00 |
| **ATTEMPTED SERVICE OF PROCESS** | $44.00 |



| **Due Date** | 12/18/07 | **Total This Invoice** | $108.00 |
|---|---|---|---|

One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

26-0259046

RECEIVED

DEC 1 0 2007

REMIT PAYMENT TO:
One Legal LLC
504 Redwood Blvd., Suite 223
Novato, CA  94947
(800) 938-8815

MEUERS LAW FIRM
ATTN:
5395 Park Central Ct

Naples, FL  34109

| INVOICE No. | |
|---|---|
| 6651926 | |
| **Date:** | 12/3/07 |
| **Cust. No.:** | 0016257 |

| Cust. No.: | 0016257 |
|---|---|
| Invoice No.: | 6651926 |
| Inv. Date: | 12/3/07 |
| Due Date: | 12/18/07 |
| Total: | $ 30.00 |
| Terms: | Net 15 |

| | |
|---|---|
| **Law Firm Contact:** | Steven De Falco |
| **Client File No.:** | none |
| **Case Short Title:** | Fortune Growers, LLC V. Southern Citrus, Inc., et al. |
| **Documents:** | Summons In A Civil Action on 1st Amended Complaint; (2) |
| **One Legal Branch:** | Service of Process |
| **Court:** | United States District Court |
| **Description:** | Served: Southern Citrus, Inc., a California corporation<br>1039 Broadway<br>El Cajon, CA 92021 |

| | |
|---|---|
| **ATTEMPTED SERVICE OF PROCESS** | $15.00 |
| **SERVED ADDITIONAL ENTITIES** | $15.00 |



| Due Date | 12/18/07 | Total This Invoice | $30.00 |
|---|---|---|---|