# Exhibit "3"

MEUERS LAW FIRM, P.L.

| | |
|---|---|
| Payee: | San Diego Union Tribune |
| Description: | *Publication Fee - Service of Summons* |

| Invoice Date | Invoice Amount | Invoice Number | Check Amount | Check Date |
|---|---|---|---|---|
| 12/11/2007 | $669.00 | Fortune Growers v. Southern Citrus et al | $ 669.00 | 12/12/2007 |