# Exhibit "4"

FORTUNE GROWERS, LLC
v.
SOUTHERN CITRUS, INC., ET AL.

TRUST CHART

| Invoice Number | Transaction Date | Invoice Date | Payment Due Date 7 Days | Invoice Amount | No. of Days Overdue 2/11/2008 | Accrued Interest 10% | Trust Amount |
|---|---|---|---|---|---|---|---|
| 1176-01 | 9/18/2007 | 10/23/2007 | 9/25/2007 | $ 12,122.50 | 139 | $ 461.65 | $ 12,584.15 |
| 1777-01 | 9/18/2007 | 10/23/2007 | 9/25/2007 | $ 18,345.60 | 139 | $ 698.64 | $ 19,044.24 |
| 1778-01 | 9/19/2007 | 10/23/2007 | 9/26/2007 | $ 8,533.45 | 138 | $ 322.63 | $ 8,856.08 |
| 1780-01 | 9/21/2007 | 10/23/2007 | 9/28/2007 | $ 5,937.75 | 136 | $ 221.24 | $ 6,158.99 |
| 1781-01 | 9/24/2007 | 10/23/2007 | 10/1/2007 | $ 6,949.90 | 133 | $ 253.24 | $ 7,203.14 |
| 1782-01 | 9/24/2007 | 10/23/2007 | 10/1/2007 | $ 7,582.40 | 133 | $ 276.29 | $ 7,858.69 |
| 1785-01 | 9/26/2007 | 10/23/2007 | 10/3/2007 | $ 13,415.50 | 131 | $ 481.49 | $ 13,896.99 |
| 1788-01 | 10/1/2007 | 10/23/2007 | 10/8/2007 | $ 3,914.40 | 126 | $ 135.13 | $ 4,049.53 |
| 1789-01 | 10/1/2007 | 10/23/2007 | 10/8/2007 | $ 8,348.90 | 126 | $ 288.21 | $ 8,637.11 |
| 1791-01 | 10/2/2007 | 10/23/2007 | 10/9/2007 | $ 14,700.00 | 125 | $ 503.42 | $ 15,203.42 |
| 1792-01 | 10/3/2007 | 10/23/2007 | 10/10/2007 | $ 8,404.80 | 124 | $ 285.53 | $ 8,690.33 |
| 1793-01 | 10/3/2007 | 10/23/2007 | 10/10/2007 | $ 7,011.20 | 124 | $ 238.19 | $ 7,249.39 |
| TOTALS | | | | $ 115,266.40 | | $ 4,165.66 | $ 119,432.06 |
| Additional daily interest accruing from above date | | | | | | $ 31.58 | |

Buyer agrees to pay all collection and attorney fees