Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco *(Pro Hac Vice)*
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| **FORTUNE GROWERS, LLC, a Nevada limited liability company,**<br><br>    **Plaintiff,**<br><br>**vs.**<br><br>**SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; SABAH YOUKHANNA, an individual; and BROADWAY FARMERS MARKET, INC., a California corporation,**<br><br>    **Defendants.** | Case No.: 3:07-cv-2088<br><br>PROOF OF SERVICE |

I am employed in Collier County, Florida.  I am over the age of 18 years and not a party to the within action.  My business address is 5395 Park Central Court, Naples, FL  34109.  On February 11, 2008, our firm served the Motion for

1  Default Judgment, Declaration of Steven M. De Falco in Support of Non-
2  Military Status, Amount Due, and Attorneys' Fees, and Proposed Order upon
3
4  the following parties in this action by transmitting true and correct copies of
5  each document to:

6  Southern Citrus, Inc.              Hana Gibo
7  c/o Hana Gibo                      2876 Glen Canyon Dr.
   2876 Glen Canyon Dr.               Spring Valley, CA  91977
8  Spring Valley, CA  91977

9
   Sabah Youkhanna                    Tim Ballout – Registered Agent
10 2611 Silver Oaks Way                P.O. Box 81643
   Spring Valley, CA  91977           San Diego, CA  92138
11
12 Broadway Farmers Market, Inc.
13 c/o Hana Gibo – Registered Agent
   2876 Glen Canyon Dr.
14 Spring Valley, CA  91977

15   ☐    By electronic mail, I caused the above-referenced documents to be
16        transmitted to the above-named persons.

17   ☐    By facsimile, I caused the above-referenced documents to be transmitted
18        to Southern Citrus, Inc.

19   ☐    By personal service, I delivered such envelope by hand to the offices of
20        the above address noted on this Proof of Service.

21   ☑    By U.S. Mail, I caused the above-referenced documents to be delivered to
22        the above-named person(s) at their last known addresses.

23   ☐    By Federal Express, I caused the above-referenced document to be
24        delivered to the above-named person(s).

25        I am readily familiar with the business practice for collection and
26
27 processing correspondence for mailing with the United States Postal Service. I
28

know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practice in the United States mailed at Naples, Florida.

Executed on February 11, 2008 in Naples, Florida.

☐  (State) I declare under penalty of perjury under the laws of the State of Florida that the above is true and correct.

☑  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

s/ <em>Lorrie Castle</em><br>Lorrie Castle