Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco *(Pro Hac Vice)*
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| FORTUNE GROWERS, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; SABAH YOUKHANNA, an individual; and BROADWAY FARMERS MARKET, INC., a California corporation,<br><br>    Defendants. | Case No.: 3:07-cv-2088<br><br>**NOTICE OF MOTION AND HEARING** |

**To:**  Southern Citrus, Inc.         Hana Gibo
       c/o Hana Gibo                2876 Glen Canyon Dr.
       2876 Glen Canyon Dr.         Spring Valley, CA  91977
       Spring Valley, CA  91977

| | |
|---|---|
| Sabah Youkhanna | Tim Ballout – Registered Agent |
| 2611 Silver Oaks Way | P.O. Box 81643 |
| Spring Valley, CA  91977 | San Diego, CA  92138 |

Broadway Farmers Market, Inc.
c/o Hana Gibo – Registered Agent
2876 Glen Canyon Dr.
Spring Valley, CA  91977

    PLEASE TAKE NOTICE that on Monday, February 11, 2008, Plaintiff filed its **Motion for Default Judgment, Declaration of Steven M. De Falco in Support of Non-Military Status, Amount Due, and Attorneys' Fees, and Proposed Order.**  Copies of the aforementioned pleadings were served upon you on that same date.

    PLEASE TAKE FURTHER NOTICE that this matter is set to be heard on **Monday, April 7, 2008 at 2:30 p.m.** before the Honorable John A. Houston at the U.S. District Court, Southern District of California, 940 Front Street, San Diego, CA 92101-8900.

    Respectfully submitted this 12th day of February, 2008.

    **MEUERS LAW FIRM, P.L.**

By:    s/Steven M. De Falco
      Lawrence H. Meuers
      (SBN:  197663)
      Steven M. De Falco *(Pro Hac Vice)*
      *FL Bar No. 0733571*
      5395 Park Central Court
      Naples, Florida 34109
      Telephone: (239) 513-9191
      Facsimile: (239) 513-9677
      lmeuers@meuerslawfirm.com
      sdefalco@meuerslawfirm.com

      Attorneys for Plaintiff