Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco *(Pro Hac Vice)*
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| **FORTUNE GROWERS, LLC, a Nevada limited liability company,** | Case No.: 3:07-cv-2088 |
| **Plaintiff,** | PROOF OF SERVICE |
| vs. | |
| **SOUTHERN CITRUS, INC., a California corporation; HANA GIBO, an individual; SABAH YOUKHANNA, an individual; and BROADWAY FARMERS MARKET, INC., a California corporation,** | |
| **Defendants.** | |

I am employed in Collier County, Florida.  I am over the age of 18 years and not a party to the within action.  My business address is 5395 Park Central Court, Naples, FL  34109.  On February 12, 2008, our firm served the Notion of

1  Motion and Hearing upon the following parties in this action by transmitting

2  true and correct copies of each document to:

3

4  Southern Citrus, Inc.                    Hana Gibo
   c/o Hana Gibo                            2876 Glen Canyon Dr.
5  2876 Glen Canyon Dr.                     Spring Valley, CA  91977
   Spring Valley, CA  91977
6

7  Sabah Youkhanna                          Tim Ballout – Registered Agent
   2611 Silver Oaks Way                     P.O. Box 81643
8  Spring Valley, CA  91977                 San Diego, CA  92138

9
   Broadway Farmers Market, Inc.
10 c/o Hana Gibo – Registered Agent
   2876 Glen Canyon Dr.
11 Spring Valley, CA  91977

12
   ☐    By electronic mail, I caused the above-referenced documents to be
13        transmitted to the above-named persons.

14
   ☐    By facsimile, I caused the above-referenced documents to be transmitted
15        to Southern Citrus, Inc.

16
   ☐    By personal service, I delivered such envelope by hand to the offices of
17        the above address noted on this Proof of Service.

18
   ☑    By U.S. Mail, I caused the above-referenced documents to be delivered to
19        the above-named person(s) at their last known addresses.

20
   ☐    By Federal Express, I caused the above-referenced document to be
21        delivered to the above-named person(s).

22
        I am readily familiar with the business practice for collection and
23
   processing correspondence for mailing with the United States Postal Service.  I
24
25 know that the correspondence is deposited with the United States Postal Service

26 on the same day this declaration was executed in the ordinary course of
27

28

| | |
|---|---|
| 1 | business.  I know that the envelope was sealed and, with postage thereon fully |
| 2 | prepaid, placed for collection and mailing on this date, following ordinary |
| 3 | |
| 4 | business practice in the United States mailed at Naples, Florida. |
| 5 | Executed on February 12, 2008 in Naples, Florida. |
| 6 | ☐   (State) I declare under penalty of perjury under the laws of the State of |
| 7 | Florida that the above is true and correct. |
| 8 | ☑   (Federal) I declare that I am employed in the office of a member of the bar |
| 9 | of this court at whose direction the service was made. |

                                        s/ *Lorrie Castle*
                                        Lorrie Castle