Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco *(Pro Hac Vice)*
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| **FORTUNE GROWERS, LLC, a Nevada limited liability company,** | Case No.: 3:07-cv-2088 |
| Plaintiff, | MOTION TO APPEAR TELEPHONICALLY FOR THE APRIL 7, 2008 HEARING |
| vs. | |
| **SOUTHERN CITRUS, INC., et al.,** | |
| Defendants. | |

Plaintiff, by and through its undersigned counsel and pursuant to the Local Rules of this Court, files this Motion to Appear Telephonically for the April 7, 2008 Hearing, and respectfully states as follows:

Plaintiff's counsel is located in Naples, Florida, and to eliminate the necessity of additional fees and travel expenses related to personal appearance in San Diego, California, Plaintiff respectfully requests permission to appear telephonically for the April 7, 2008 Motion for Default Judgment Hearing.

1   A proposed Order is included herewith.

2   Respectfully submitted this 3rd day of April, 2008.

3                                        **MEUERS LAW FIRM, P.L.**

4                   By:   s/Steven M. De Falco

5                         Lawrence H. Meuers
                            (SBN: 197663)

6                         Steven M. De Falco *(Pro Hac Vice)*
                          *FL Bar No. 0733571*

7                         5395 Park Central Court
                          Naples, Florida 34109

8                         Telephone: (239) 513-9191

9                         Facsimile: (239) 513-9677
                          lmeuers@meuerslawfirm.com

10                       sdefalco@meuerslawfirm.com

11                       Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28