Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco *(Pro Hac Vice)*
*FL Bar No. 0733571*
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| **FORTUNE GROWERS, LLC, a Nevada limited liability company,** | Case No.: 3:07-cv-2088 |
| **Plaintiff,** | PROOF OF SERVICE |
| **vs.** | |
| **SOUTHERN CITRUS, INC., et al.,** | |
| **Defendants.** | |

I am employed in Collier County, Florida. I am over the age of 18 years and not a party to the within action. My business address is 5395 Park Central Court, Naples, FL 34109. On April 4, 2008, our firm served the **Motion to Appear Telephonically for the April 7, 2008 Motion for Default Judgment Hearing** upon the following parties in this action by transmitting true and correct copies of each document to:

| | |
|---|---|
| Southern Citrus, Inc.<br>c/o Hana Gibo<br>2876 Glen Canyon Dr.<br>Spring Valley, CA  91977 | Hana Gibo<br>2876 Glen Canyon Dr.<br>Spring Valley, CA  91977 |
| Sabah Youkhanna<br>2611 Silver Oaks Way<br>Spring Valley, CA  91977 | Tim Ballout – Registered Agent<br>P.O. Box 81643<br>San Diego, CA  92138 |
| Broadway Farmers Market, Inc.<br>c/o Hana Gibo – Registered Agent<br>2876 Glen Canyon Dr.<br>Spring Valley, CA  91977 | |

☐ By electronic mail, I caused the above-referenced documents to be transmitted to the above-named persons.

☐ By facsimile, I caused the above-referenced documents to be transmitted to Southern Citrus, Inc.

☐ By personal service, I delivered such envelope by hand to the offices of the above address noted on this Proof of Service.

☑ By U.S. Mail, I caused the above-referenced documents to be delivered to the above-named person(s) at their last known addresses.

☐ By Federal Express, I caused the above-referenced document to be delivered to the above-named person(s).

I am readily familiar with the business practice for collection and processing correspondence for mailing with the United States Postal Service.  I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary

1  business practice in the United States mailed at Naples, Florida.

2  Executed on April 4, 2008 in Naples, Florida.

3  ☐  (State) I declare under penalty of perjury under the laws of the State of
4  Florida that the above is true and correct.

5
☒  (Federal) I declare that I am employed in the office of a member of the bar
6  of this court at whose direction the service was made.

7
                              s/ *Lorrie Castle*
8                             Lorrie Castle