# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| **FORTUNE GROWERS, LLC**, a Nevada limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>**SOUTHERN CITRUS, INC.**, et al.,<br><br>        Defendants. | Case No.: 3:07-cv-2088<br><br>ORDER REGARDING MOTION TO APPEAR TELEPHONICALLY FOR THE APRIL 7, 2008 DEFAULT JUDGMENT HEARING |

THIS CAUSE having come before the Court on Plaintiff's Motion to Appear Telephonically at the April 7, 2008 Default Judgment Hearing and the Court being informed and advised in the premises, it is

ORDERED AND ADJUDGED that said motion be granted. Plaintiff's counsel may appear for the Default Judgment Hearing scheduled for April 7, 2008, at 2:30 p.m. via telephone. Plaintiff's counsel shall initiate the call to the Court at the following telephone number: (800) 925-9789 and access code: 7481099.

Dated at San Diego, California this 4th day of April, 2008.

_____
Honorable John A. Houston
United States District Court Judge