

FILED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

08 APR 30 PM 1:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                           DEPUTY

FORTUNE GROWERS, LLC,          )
                               )
        Plaintiff,             )
               vs.             )          CASE NO.  07cv2088-JAH
SOUTHERN CITRUS, INC., et al.  )
                               )          **PRAECIPE**
        Defendants.            )
                               )
_____)

TO THE CLERK:

PLEASE ISSUE ABSTRACT OF JUDGMENT

PARTY NAMED ON THE ABSTRACT OF JUDGMENT:          HANA GIBO

DATE:  04-28-2008                          _Steven M. Dotales_
                                           Name
                                           5395 Park Central Court
Date Issued: APR 2 9 2008                  Address
                                           Naples, FL 34109

                                            (239) 513-9191
                                           Telephone

K:\COMMON\CSA\FORMS\PRAECIPE.WPD April 11, 2000 (1:56pm)