**ORIGINAL**

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

08 APR 30 PM 1:56

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| FORTUNE GROWERS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 07cv2088-JAH |
| SOUTHERN CITRUS, INC., et al. ) | |
| ) | **PRAECIPE** |
| Defendants. ) | |
| ) | |

TO THE CLERK:

PLEASE ISSUE ABSTRACT OF JUDGMENT

PARTY NAMED ON THE ABSTRACT OF JUDGMENT:     SABAH YOUKHANNA

DATE: 04-28-2008

_Steven M. DiFalco_
Name

5395 Park Central Court
Address

Naples, FL 34109

Date Issued: APR 29 2008

(239) 513-9191
Telephone

K:\COMMON\CSA\FORMS\PRAECIPE.WPD April 11, 2000 (1:56pm)