| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" | |
|---|---|---|
| PLAINTIFF<br>Fortune Growers, LLC | FILED | COURT CASE NUMBER<br>3:07-cv-2088 |
| DEFENDANT<br>Southern Citrus, Inc. | 2008 MAY 14 PM 12:14 | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Bank of America
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  9932 Campo Road, Spring Valley, CA 91977

SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Steven M. De Falco, Esq.
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Serve Bank of America. Defendant Southern Citrus, Inc. has property in the form of a bank account located at Bank of America, and said account remains open.

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT
*Steven M. D Falco*
TELEPHONE NUMBER: (239) 513-9191
DATE: 5/7/08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk | Date: 5/9/08 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (*if not shown above*)
Diana Yousif

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only if different than shown above*)
9831 Campo Rd.

Date: 5/13/08   Time: 10:07  [X] am  [ ] pm

Signature of U.S. Marshal or Deputy
*Andrew Leupp*

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45 | | | $45 | | $0.00 |

REMARKS: mailed to judgment debtor 5/13/08

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00