# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Fortune Growers, LLC | 3:07-cv-2088 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Southern Citrus, Inc. | Writ of Execution |

**FILED 2008 MAY 14 PM 12: 14 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA**

**SERVE AT**
- NAME: Wells Fargo Bank
- ADDRESS: ~~575 Telegraph Rd., Chula Vista, CA 91912~~ 826 3rd Avenue, Chula Vista 91911

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven M. De Falco, Esq.
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL 34109

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Serve Wells Fargo Bank. Defendant Southern Citrus, Inc. has property in the form of a bank account, Account No. 7063885623, located at Wells Fargo Bank, and said account remains open.

**RECEIVED 2008 MAY -9 A 10:30 U.S. MARSHAL SOUTHERN DISTRICT CALIFORNIA**

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
Steven M. De Falco
TELEPHONE NUMBER: (239) 513-9191
DATE: 5/7/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 08
District to Serve No.: 08
Signature of Authorized USMS Deputy or Clerk: Alcott
Date: 5/9/08

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Xotchitl Preciado

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 5/13/08   Time: 9:38 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45 | $12.08 | | $57.08 | | $0.00 |

REMARKS: mailed to judgment debtor 5/13/08

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00